John E. Lord (Bar No. 216111)
Email: jlord@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 954-9497
Facsimile: (310) 943-2085

Amanda G. Hyland (*pro hac vice*)
Email:  ahyland@taylorenglish.com
Seth K. Trimble (*pro hac vice*)
Email:  strimble@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339
Telephone:  (770) 434-6868
Facsimile:   (770) 434-7376

*Counsel for Defendants*
*Alien Visions E-Juice, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALIEN VISIONS E-JUICE, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:18-cv-3658-PA-MAA<br>Hon. Percy Anderson<br><br>**NOTICE OF MOTION AND DEFENDANT ALIEN VISIONS E-JUICE, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[MEMORANDUM OF POINTS AND AUTHORITIES; STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW; DECLARATION OF AMANDA HYLAND; DECLARATION OF SETH TRIMBLE; DECLARATION OF OLIVER KERSHAW; EXPERT REPORT OF OLIVER KERSHAW; DECLARATION OF SAM ELLINGER; DECLARATION OF BENJAMIN LABARRE; AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]**<br><br>Date:        April 15, 2019<br>Time:       1:30 PM<br>Courtroom:   9A |

01428328-2

**NOTICE OF MOTION AND DEFENDANT ALIEN VISIONS E-JUICE, INC .'S MOTION FOR SUMMARY JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**

**PLEASE TAKE NOTICE** that on April 15, 2019, at 1:30 p.m. or as soon thereafter as the matter may be heard before the Honorable Percy Anderson in Courtroom 9A of the above-entitled Court located at 350 West 1st Street, Los Angeles, CA, 90012, Defendant Alien Visions E-Juice, Inc. ("Alien Visions" or "Defendant") will, and hereby does, move the Court pursuant to Fed. R. Civ. P. 56 for summary judgment against Plaintiff Mike Sarieddine ("Sarieddine" or "Plaintiff") on all claims and summary judgment for Alien Visions on all counterclaims in this action.

Pursuant to Fed. R. Civ. P. 56, this motion is made on the grounds that Defendant does not infringe Sarieddine's trademarks, has not engaged in any unfair competition, and has not engaged in any unlawful business acts, and has priority over Sarieddine such that his trademark registrations must be canceled. There are no genuine issues as to any material facts, and that Alien Visions is thus entitled to summary judgment as a matter of law. Pursuant to Local Rule 7-3, this Motion is made following the conference of counsel which took place by phone on February 21, 2019.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law, the Declarations of Amanda Hyland, Seth Trimble, Oliver Kershaw, Sam Ellinger, and Benjamin LaBarre (including the Exhibits attached to each), the expert report of Oliver Kershaw, the files, records, and pleadings in this action, and any other additional argument or evidence that may be presented at or before the hearing of this Motion.

Dated:  March 14, 2019                    **ONE LLP**

By:  /s/ John Lord
     John E. Lord
     Amanda G. Hyland
     Attorneys for Defendant
     Alien Visions E-Juice, Inc.

01428328-2

1

NOTICE OF MOTION AND DEFENDANT ALIEN VISIONS E-JUICE, INC .'S MOTION FOR SUMMARY JUDGMENT