# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| MIKE SARIEDDINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALIEN VISIONS E-JUICE, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:18-cv-3658-PA-MAA<br>Hon. Percy Anderson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ALIEN VISIONS E-JUICE, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   April 15, 2019<br>Time:   1:30 p.m.<br>Courtroom:   9A<br>Complaint Filed:  May 1, 2018 |

**[PROPOSED] ORDER GRANTING DEFENDANT ALIEN VISIONS E-JUICE, INC.'S MOTION FOR SUMMARY JUDGMENT**

# [PROPOSED] ORDER

Before the Court is Defendant Alien Visions E-Juice, Inc.'s Motion for Summary Judgment and documents in support thereof.

Having reviewed the foregoing, and Plaintiff Mike Sarieddine's opposition thereto, the Court hereby ORDERS as follows:

Defendant's Motion is GRANTED. Judgment is entered in favor of Defendant Alien Visions E-Juice as to all of Plaintiff Mike Sarieddine's claims. Judgment is also entered in favor of Defendant Alien Visions E-Juice as to all of Defendant Alien Visions E-Juice, Inc.'s counterclaims.


IT IS SO ORDERED.


Dated: _____          _____

                                    Hon. Percy Anderson
                                    United States District Judge

---