John E. Lord (SBN 216111)
Email: jlord@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 866-5157
Facsimile:   (310) 943-2085

Amanda G. Hyland (admitted *pro hac vice*)
Email:  ahyland@taylorenglish.com
Seth K. Trimble (admitted *pro hac vice*)
Email:  strimble@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339
Telephone:   (770) 434-6868
Facsimile:   (770) 434-7376

*Counsel for Defendant*
*Alien Visions E-Juice, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALIEN VISIONS E-JUICE, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:18-cv-3658-PA-MAA <br> Assigned for all purposes to: <br> Hon. Percy Anderson <br><br> **DECLARATION OF SAM ELLINGER** |
| AND RELATED COUNTERCLAIMS | |

DECLARATION

I, Sam Ellinger, declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I served in the United States Marine Corps from 2000-2004, and as a California Department of Corrections & Rehabilitations from 2007-2009. Currently I am the business manager for Alien Visions E-Juice, Inc. ("Alien Visons") and have worked for the company since 2013.

3. In the years I have worked for the company, I have had conversations with the owners of the company, Benjamin and Christiane LaBarre, about the company's origins. They had told me that the company was in business since at least 2010.

4. On June 8, 2017, an attorney named David Van Der Laan called me at work and asked how long Alien Visions had done business under that name. The earliest day I had recalled discussing with them was July of 2010. In an effort to be helpful, I agreed to sign a declaration for Mr. Van Der Laan that relayed this information.

5. Mr. Van Der Laan drafted the declaration and e-mailed it to me. A true and correct copy of the email and draft declaration is attached hereto. I signed the declaration exactly as he had drafted it.

6. The declaration stated this it was based on my "personal knowledge." I did not understand this phrase to have any special meaning, and because Christiane and Ben LaBarre and talked to me about the history of the company, I believed everything in the declaration to be true.

[Signature on following page]

17540.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ⸻ day of March at ⸻ , USA.

Sam Ellinger

17540.1