Exhibit D

Stephen C. McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Valerie McConnell (State Bar No. 274159)
valerie@smcarthurlaw.com
THE MCARTHUR LAW FIRM PC
400 Corporate Pointe, 3rd Floor
Culver City, CA 90230
Telephone: (323) 639-4455

Attorneys for Plaintiff and Counterdefendant,
Mike Sarieddine

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE,<br><br>        Plaintiff,<br><br>    v.<br><br>BIG BANG VAPE CO., LLC, a Georgia limited liability company; TAYLOR CRAIG, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:17-cv-989-DSF-SK<br><br>**PLAINTIFF MIKE SARIEDDINE'S RESPONSES TO DEFENDANT BIG BANG VAPE CO., LLC'S SECOND SET OF DOCUMENT REQUESTS** |
| BIG BANG VAPE CO., LLC, a Georgia limited liability company,<br><br>        Counterclaimant,<br><br>    v.<br><br>MIKE SARIEDDINE,<br><br>        Counter-Defendant. | |

Plaintiff and Counter-defendant Mike Sarieddine ("Plaintiff" or "Sarieddine"), by its attorneys, hereby provides its responses and objections to Defendant Big Bang Vape Co., LLC's Second Set of Document Requests ("Document Requests") as follows:

## PRELIMINARY STATEMENT

Plaintiff's responses to these Document Requests, served by Defendant Big Bang Vape Co., LLC ("Defendant" or "Big Bang") are based upon information presently known to Plaintiff. These responses are given without prejudice to Plaintiff's right to supplement or amend these responses following further discovery and investigation. Plaintiff also reserves the right to produce and use subsequently discovered information in discovery, during trial, in its briefs, and in support of or opposition to any motion. Further, the fact that Plaintiff produces any specific document in response to these Document Requests does not mean that Plaintiff consents to the authenticity or admissibility of such document, nor that such document is relevant to any issue in this case.

Plaintiff responds in good faith to Defendant's Document Requests as Plaintiff interprets and understands them. If Defendant subsequently asserts an interpretation of any Document Request that differs from Plaintiff's present understanding, Plaintiff reserves the right to supplement or modify its objections and/or responses herein.

## RESPONSES

### REQUEST FOR PRODUCTION NO. 1.

All pages of the receipt book from which Plaintiff copied the receipts identified as Bates Nos. SAR 2542, 2533 and 2534.

### RESPONSE:

Following a reasonable search, Plaintiff could not locate the original receipt book. Discovery is ongoing, and Plaintiff will supplement this response if/when Plaintiff locates any responsive documents.

PLAINTIFF'S RESPONSES TO DEFENDANT'S
DOCUMENT REQUESTS, SET 2
(CASE NO. 2:17-CV-00989-DSF-SK)

**REQUEST FOR PRODUCTION NO. 2.**

All communications with Kouroush Mortazavi.

**RESPONSE:**

Following a reasonable search, Plaintiff could not locate any communications within Plaintiff's possession, custody, or control that are responsive to this Request. Discovery is ongoing, and Plaintiff will supplement this response if/when Plaintiff becomes aware of any responsive communications.

**REQUEST FOR PRODUCTION NO. 3.**

All communications with Micah Davis.

**RESPONSE:**

Following a reasonable search, Plaintiff could not locate any communications within Plaintiff's possession, custody, or control that are responsive to this Request. Discovery is ongoing, and Plaintiff will supplement this response if/when Plaintiff becomes aware of any responsive communications.

**REQUEST FOR PRODUCTION NO. 4.**

All communications with Harpreet Singh.

**RESPONSE:**

Following a reasonable search, Plaintiff could not locate any communications within Plaintiff's possession, custody, or control that are responsive to this Request. Discovery is ongoing, and Plaintiff will supplement this response if/when Plaintiff becomes aware of any responsive communications.

**REQUEST FOR PRODUCTION NO. 5.**

The original Receipt book from which Plaintiff copied the receipts identified as Bates Nos. SAR 2542, 2533 and 2534. Defendant's counsel will coordinate a mutually convenient time to inspect the book at Plaintiff's counsel's office.

PLAINTIFF'S RESPONSES TO DEFENDANT'S
DOCUMENT REQUESTS, SET 2
(CASE NO. 2:17-CV-00989-DSF-SK)

**RESPONSE**:

Following a reasonable search, Plaintiff could not locate the original receipt book. Discovery is ongoing, and Plaintiff will supplement this response if/when Plaintiff locates any responsive documents.

Dated: April 12, 2018                              THE MCARTHUR LAW FIRM, P.C.


By____*/s/ Stephen McArthur*_____
     Stephen McArthur
     Valerie McConnell
     Attorneys for Plaintiff
     Mike Sarieddine