Exhibit A



## OFFICE OF THE SECRETARY OF STATE



# CERTIFICATE OF INCORPORATION

**WHEREAS,** *the Certificate of Incorporation of*

## ALIEN VISIONS E-JUICE, INC.

*has been filed in the office of the Secretary of State as provided by the laws of th*
*Oklahoma.*

   *NOW **THEREFORE, I,** the undersigned, Secretary of State of the*
*Oklahoma, by virtue of the powers vested in me by law, do hereby issue this*
*evidencing such filing.*

   ***IN TESTIMONY WHEREOF,** I hereunto set my hand and cause to l*
*the Great Seal of the State of Oklahoma.*



*Filed in the city of Oklahoma City tl*
*17th day of December, 2010.*

_____
Secretary of State

12/17/2010  09:50 AM
OKLAHOMA SECRETARY OF STATE



SOS



15950060002

FILED - Oklahoma Secretary of State #1912296499 12/17/2010

CERTIFICATE OF INCORPORATION
OF
ALIEN VISIONS E-JUICE, INC.

-.   The name of the corporation is Alien Visions E-Juice, Inc.

2.   The address of the corporation's registered office in the State of Oklahoma is 5214 NW Rogers Lane, Apt. 906, Lawton, Comanche County.  The name of the corporations registere agent at such address is O. Christopher Meyers.

3.   The principal place of business is 5214 NW Rogers Lane, Apt. 906, Lawton, Comanche County, Oklahoma 73505.

4.   The duration of the corporation is perpetual.

5.   The purpose of the corporation is to engage in ar lawful act or activity for which corporations may be organized under the general corporation law of the State of Oklahoma.

6.   The aggregate number of shares of stock which th corporation shall have authority to issue is 1,000 shares, eac of the shares having a par value of Ten Dollars ($10.00), ther resulting in the corporation having total authorized capital stock in the amount of Ten Thousand and 00/100 Dollars ($10,000.00), all of which shall be Common Stock.

The Board of Directors of the corporation shall hav full authority, to the extent permitted by law, to increase, decrease or otherwise adjust the capital stock of the corporation, to designate the classes or series thereof and determine whether all or any part of such stock shall have v powers, full or limited, or no voting powers, and to determi such designations, and such powers, preferences, relative, participating or optional, or other special rights and the qualifications, limitations or restrictions thereof as the l shall from time to time determine in duly adopted resolutio

At any time and from time to time when authorized resolution of the Board of Directors and without any action its shareholders, the corporation may issue or sell any sha its capital stock of any class or series, whether out of tl unissued shares thereof authorized by the Certificate of Incorporation of the corporation as originally filed or by amendment thereof or out of shares of its capital stock ac by it after the issue thereof, and whether or not the shar thereof so issued or sold shall confer upon the holders tl the right to exchange or convert such shares for or into (