John E. Lord (SBN 216111)
Email:  jlord@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 866-5157
Facsimile:   (310) 943-2085

Amanda G. Hyland (*pro hac vice*)
Email:  ahyland@taylorenglish.com
Seth K. Trimble (*pro hac vice*)
Email:  strimble@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339
Telephone:   (770) 434-6868
Facsimile:   (770) 434-7376

*Counsel for Defendants*
*Alien Visions E-Juice, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALIEN VISIONS E-JUICE, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:18-cv-3658-PA-MAA<br>Hon. Percy Anderson<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ALIEN VISIONS' MOTION FOR SUMMARY JUDGMENT**<br><br>**[Notice of Motion and Motion, Brief, Evidentiary Appendix, and Statement of Undisputed Facts filed concurrently herewith]**<br><br>Date:          April 15, 2019<br>Time:          1:30 PM<br>Courtroom:  9A |

**REQUEST FOR JUDICIAL NOTICE**

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Alien Visions E-Juice, Inc. ("Alien Visions") hereby requests that the Court take judicial notice of documents from related judicial proceedings in this District (attached hereto as **Exhibits A-I**). This request is made in support of Alien Visions' Motion for Summary Judgment pursuant to Rule 56.

The Court may take judicial notice of facts that are not subject to reasonable dispute because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice may be done "at any stage of the proceeding." Fed. R. Evid. 201(d); *accord Peel v. BrooksAmerica Mortg. Corp.*, 788 F. Supp. 2d 1149, 1157 (C.D. Cal. 2011) ("Under Federal Rule of Evidence 201, a trial court must take judicial notice of facts if requested by a party and supplied with the necessary information." (internal citations and quotations omitted)). "It is well established that [the Court] may take judicial notice of judicial proceedings in other courts." *Rosales-Martinez v. Palmer*, 753 F.3d 890, 894 (9th Cir. 2014); *accord In re Return of Seized Prop.*, No. CV 15-7264 FMO (AJWx), 2016 U.S. Dist. LEXIS 86862, at *3-4 n.2 (C.D. Cal. July 5, 2016). This includes judicial notice of "the existence of another court's opinion or of the filing of pleadings in related proceedings," so long as the court does not accept "as true the facts found or alleged in such documents." *Peel v. BrooksAmerica Mortg. Corp.*, 788 F. Supp. 2d 1149, 1158 (C.D. Cal. 2011).

Alien Visions requests the Court take judicial notice of documents related to two prior proceedings in this District, regarding the same plaintiff, the same trademark, and similar claims. Alien Visions requests the Court judicially notice three documents (attached hereto as **Exhibits A-C**) from the proceeding captioned *Sarieddine v. Big Bang,* Case No. 2:17-cv-989-DSF ("Big Bang"):

1. Docket No. 1 (Complaint) ("**Exhibit A**");

**REQUEST FOR JUDICIAL NOTICE**

2. Docket No. 26, Attachment #1 (Declaration of Amanda G. Hyland in Support Defendants Big Bang Vape Co. LLC and Taylor Craig's Motion to Dismiss, or in the Alternative, Stay or Transfer Plaintiff's Complaint and the exhibits thereto) ("**Exhibit B**");

3. Docket No. 48 ("First Amended Complaint") ("**Exhibit C**").

From the second proceeding, captioned *Sareiddine v. D & A* Case No. 2:17-cv-02390-DSF-SK ("Smok Case"), Alien Visions requests the Court judicially notice seven documents (attached hereto as **Exhibits D-J**):

4. Docket Report ("**Exhibit D**");

5. Docket No. 71, Attachment #1 (Plaintiff's Motion for Preliminary Injunction; Memorandum  of Points and Authorities in Support of Motion for Preliminary Injunction) ("**Exhibit E**");

6. Docket No. 102, Attachments #1 (Supplemental Opposition to Plaintiff's Motion for Preliminary Injunction) ("**Exhibit F**"); #6 (Declaration of Sam Ellinger) ("**Exhibit G**"); and #7 (Exhibit A to Declaration of Sam Ellinger) ("**Exhibit H**");

7. Docket No. 109 (Plaintiff's Opposition to Defendant Smok's Motion for Leave to File a Supplemental Opposition to Plaintiff's Motion for a Preliminary Injunction) and Exhibit 2 thereto ("**Exhibit I**");

8. Docket No. 123 (Memorandum Order Denying Motion for Preliminary Injunction) ("**Exhibit J**").

As these documents are "public records from either related proceedings or from other cases, and because the Court may take judicial notice of the existence of another court's opinion," judicial notice is appropriate. *See Peel*, 788 F. Supp. 2d at 1158; *see also Rosales-Martinez*, 753 F.3d at 894-895.

9. Alien Visions also asks the Court to take judicial notice of the existence of these lawsuits and the order in which they were filed as follows: In order of filing the cases are: *Sarieddine v. Big Bang Vape Co. LLC, et al.*, Case No.

2

2:17-cv-0989 (C.D. Cal.) (Fischer, J.) (Filed February 7, 2017); *Sarieddine v. D and A Distribution, LLC, et al.*, Case No. 2:17-cv-2390 (C.D. Cal.) (Fischer, J.) (Filed March 28, 2017); *Sarieddine v. Sonder LLC*, No. 2:17-cv-3779 (C.D. Cal.) (Fischer, J.) (Filed May 18, 2017); *Sarieddine v. Downtown Vapes LLC*, Case No. 2:18-cv-8342 (C.D. Cal.) (Anderson, J.) (Filed November 15, 2017); *Sarieddine v. Kenneth Andrews*, Case No. 2:18-cv-0077 (C.D. Cal.) (Fitzgerald, J.) (Filed January 4, 2018); *Sarieddine v. Alien Vapor Enterprises, LLC, et al.*, Case No. 2:18-cv-3297 (C.D. Cal.) (Snyder, J.) (Filed April 19, 2018); *Sarieddine v. Alien Visions E-Juice, Inc.*, Case No. 2:18-cv-3658 (C.D. Cal.) (Anderson, J.) (filed May 1, 2018).

For the foregoing reasons, Alien Visions respectfully requests that judicial notice be taken of the above-referenced documents and cases pursuant to Fed. R. Evid. 201.

Dated: March 14, 2019

Respectfully submitted,

**ONE LLP**

By: /s/John E. Lord
John E. Lord

**TAYLOR ENGLISH DUMA LLP**

By: /s/ Amanda G. Hyland
Amanda G. Hyland (*pro hac vice*)
Seth K. Trimble (*pro hac vice*)

*Attorneys for Defendant*
*Alien Visions E-Juice, Inc.*

3

**REQUEST FOR JUDICIAL NOTICE**