# Exhibit D

ACCO,(SKx),AO120,CLOSED,DISCOVERY,MANADR,PROTORD,RELATED-G

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:17-cv-02390-DSF-SK

| | |
|---|---|
| Mike Sarieddine v. D and A Distribution, LLC et al | Date Filed: 03/28/2017 |
| Assigned to: Judge Dale S. Fischer | Date Terminated: 05/29/2018 |
| Referred to: Magistrate Judge Steve Kim | Jury Demand: Both |
| Related Case: 2:17-cv-00989-DSF-SK | Nature of Suit: 840 Trademark |
| Cause: 15:1114 Trademark Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Mike Sarieddine**                                        represented by **Stephen Charles McArthur**
McArthur Law Firm PC
11400 West Olympic Boulevard
Suite 200
Los Angeles, CA 90064
323-639-4455
Fax: 855-420-7032
Email: stephen@smcarthurlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Michelle McConnell**
McArthur Law Firm PC
400 Corporate Pointe 3rd Floor
Culver City, CA 90230
323-639-4455
Email: valerie@smcarthurlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**D and A Distribution, LLC**                             represented by **K Tom Kohan**
*a Georgia limited liability company*                     Kohan Law Firm
*doing business as*                                       3415 South Sepulveda Boulevard Suite 460
Strictly E-CIG                                            Los Angeles, CA 90034
310-349-1111
Fax: 888-476-7010
Email: tom@kohanlawfirm.com
*ATTORNEY TO BE NOTICED*

**Lawrence S Rosenthal**
Ostrolenk Faber LLP
1180 Avenue of the Americas 7th Floor
New York, NY 10036
212-382-0700
Fax: 212-382-0800
Email: lrosenthal@ostrolenk.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max Moskowitz**
Ostrolenk Faber LLP
1180 Avenue of the Americas 7th Floor
New York, NY 10036
212-382-07100
Fax: 212-382-0888
Email: mmoskowitz@ostrolenk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
Osterlenk Faber LLP
1180 Avenue of the Americas 7th Floor
New York, NY 10036
212-382-0700
Fax: 212-382-0888
Email: mhurley@ostrolenk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Electronic Cigarettes, Inc**      represented by    **K Tom Kohan**
*a New York corporation*                                    (See above for address)
*doing business as*                                        *ATTORNEY TO BE NOTICED*
Wholesale Vapor

                                                 **Lawrence S Rosenthal**
                                                 (See above for address)
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Max Moskowitz**
                                                 (See above for address)
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Michael F Hurley**
                                                 (See above for address)
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**LA Vapor, Inc**             represented by    **K Tom Kohan**
*a California corporation*                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Lawrence S Rosenthal**
                                                 (See above for address)
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Max Moskowitz**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Madvapes Holdings, LLC**        represented by   **K Tom Kohan**
*a North Carolina limited liability company*       (See above for address)
           *ATTORNEY TO BE NOTICED*

           **Lawrence S Rosenthal**
           (See above for address)
           *PRO HAC VICE*
           *ATTORNEY TO BE NOTICED*

           **Max Moskowitz**
           (See above for address)
           *PRO HAC VICE*
           *ATTORNEY TO BE NOTICED*

           **Michael F Hurley**
           (See above for address)
           *PRO HAC VICE*
           *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**RRV Enterprises LLC**        represented by   **Patrick F Bright**
*an Oklahoma limited liability company*       Wagner Anderson and Bright PC
*TERMINATED: 06/21/2017*            10524 West Pico Boulevard Suite 214
*doing business as*            Los Angeles, CA 90064
Vapor World            310-876-1831
*TERMINATED: 06/21/2017*            Fax: 310-559-9133
           Email: pbright@brightpatentlaw.com
           *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Shenzhen IVPS Technology Co. Ltd**    represented by   **David Van Der Laan**
*a Chinese corporation*            Locke Lord LLP
           111 South Wacker Drive
           Chicago, IL 60606
           312-201-2975
           Fax: 855-595-4323
           Email: dave.vanderlaan@lockelord.com
           *PRO HAC VICE*
           *ATTORNEY TO BE NOTICED*

           **Franz Phillip Hosp**
           Foley & Lardner
           555 South Flower Street

Suite 3300
Los Angeles, CA 90071
213-972-4556
Fax: 213-486-0065
Email: phosp@lockelord.com
*ATTORNEY TO BE NOTICED*

**Jonathan B Turpin**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-0277
Fax: 312-896-6300
Email: jonathan.turpin@lockelord.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew T Furton**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-0445
Fax: 312-896-6445
Email: mfurton@lockelord.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shenzhen IVPS Technology Co., Ltd.**                 represented by   **David Van Der Laan**
*fka Shenzhen Smok Technology Co., Ltd.*                               (See above for address)
                                                                       *PRO HAC VICE*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Franz Phillip Hosp**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Jonathan B Turpin**
                                                                       (See above for address)
                                                                       *PRO HAC VICE*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Matthew T Furton**
                                                                       (See above for address)
                                                                       *PRO HAC VICE*
                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Vapetrik LLC**                                       represented by   **K Tom Kohan**
*a North Carolina limited liability company*                           (See above for address)
*doing business as*                                                    *ATTORNEY TO BE NOTICED*
Rip Tripper

                                                                       **Max Moskowitz**
                                                                       (See above for address)

*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence S Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lan and Mike International Trading Inc**     represented by   **K Tom Kohan**
*a California corporation*                                      (See above for address)
*doing business as*                                             *ATTORNEY TO BE NOTICED*
VaporDNA

    **Lawrence S Rosenthal**
    (See above for address)
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Max Moskowitz**
    (See above for address)
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Michael F Hurley**
    (See above for address)
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Vapor Authority, Inc**     represented by   **K Tom Kohan**
*a California corporation*                    (See above for address)
    *ATTORNEY TO BE NOTICED*

    **Lawrence S Rosenthal**
    (See above for address)
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Max Moskowitz**
    (See above for address)
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Michael F Hurley**
    (See above for address)
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Vapor Range, Inc**     represented by   **K Tom Kohan**

*a California corporation*

(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence S Rosenthal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max Moskowitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vapro Supply, LLC**
*a Texas limited liability company*

represented by    **K Tom Kohan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence S Rosenthal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max Moskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**E-CIG Gallery Wholesale and Distribution, Inc**
*a California corporation*

represented by    **K Tom Kohan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence S Rosenthal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max Moskowitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
(See above for address)

PRO HAC VICE
ATTORNEY TO BE NOTICED

**Defendant**

**Does**
*1 through 10, inclusive*

**Counter Claimant**

**AMV Holdings, LLC**                    represented by   **Lawrence S Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mediator (ADR Panel)**

**Gail M. Title**

**Counter Claimant**

**Vapor Authority, Inc**                 represented by   **K Tom Kohan**
*a California corporation*                               (See above for address)
*ATTORNEY TO BE NOTICED*

                                                         **Lawrence S Rosenthal**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Max Moskowitz**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael F Hurley**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Electronic Cigarettes, Inc**           represented by   **K Tom Kohan**
*a New York corporation*                                (See above for address)
*ATTORNEY TO BE NOTICED*

                                                         **Lawrence S Rosenthal**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Max Moskowitz**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael F Hurley**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Vapor Range, Inc**      represented by    **K Tom Kohan**
*a California corporation*                               (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lawrence S Rosenthal**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Max Moskowitz**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Michael F Hurley**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**D and A Distribution, LLC**      represented by    **K Tom Kohan**
*a Georgia limited liability company*                (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lawrence S Rosenthal**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Max Moskowitz**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Michael F Hurley**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**E-CIG Gallery Wholesale and**      represented by    **K Tom Kohan**
**Distribution, Inc**                                               (See above for address)
*a California corporation*                                          *ATTORNEY TO BE NOTICED*

                                                    **Lawrence S Rosenthal**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

**Max Moskowitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**LA Vapor, Inc**
*a California corporation*

represented by **K Tom Kohan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence S Rosenthal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max Moskowitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Vapro Supply, LLC**
*a Texas limited liability company*

represented by **K Tom Kohan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence S Rosenthal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max Moskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Lan and Mike International Trading Inc**
*a California corporation*

represented by **K Tom Kohan**
(See above for address)

ATTORNEY TO BE NOTICED

**Lawrence S Rosenthal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max Moskowitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Madvapes Holdings, LLC**<br>*a North Carolina limited liability company* | represented by | **K Tom Kohan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Lawrence S Rosenthal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max Moskowitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael F Hurley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Mike Sarieddine** | represented by | **Stephen Charles McArthur**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Shenzhen IVPS Technology Co. Ltd**<br>*a Chinese corporation* | represented by | **David Van Der Laan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Franz Phillip Hosp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan B Turpin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew T Furton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Shenzhen Smok Technology Co. Ltd**          represented by   **David Van Der Laan**
*a Chinese corporation*                                        (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Franz Phillip Hosp**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Matthew T Furton**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Mike Sarieddine**                          represented by   **Stephen Charles McArthur**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Valerie Michelle McConnell**
                                                              McArthur Law Firm
                                                              11400 West Olympic Boulevard Suite 200
                                                              Los Angeles, CA 90064
                                                              323-639-4455
                                                              Email: valerie@smcarthurlaw.com
                                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Vapetrik LLC**                             represented by   **K Tom Kohan**
*a North Carolina limited liability company*                 (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael F Hurley**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Lawrence S Rosenthal**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Madvapes Holdings, LLC**                   represented by   **K Tom Kohan**
*a North Carolina limited liability company*                  (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Lawrence S Rosenthal**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Max Moskowitz**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael F Hurley**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Mike Sarieddine**                          represented by   **Stephen Charles McArthur**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Valerie Michelle McConnell**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2017 | 1 | COMPLAINT Receipt No: 0973-19587224 - Fee: $400, filed by plaintiff Mike Sarieddine. (Attachments: # 1 Exhibit 1: Settlement Agreement) (Attorney Stephen Charles McArthur added to party Mike Sarieddine(pty:pla))(McArthur, Stephen) (Entered: 03/28/2017) |
| 03/28/2017 | 2 | CIVIL COVER SHEET filed by Plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/28/2017) |
| 03/28/2017 | 3 | CERTIFICATE of Interested Parties filed by Plaintiff Mike Sarieddine, (McArthur, Stephen) (Entered: 03/28/2017) |
| 03/29/2017 | 4 | NOTICE OF ASSIGNMENT to District Judge Dale S. Fischer and Magistrate Judge Michael R. Wilner. (et) (Entered: 03/29/2017) |
| 03/29/2017 | 5 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (et) (Entered: 03/29/2017) |
| 03/29/2017 | 6 | NOTICE TO COUNSEL RE: Copyright, Patent and Trademark Reporting Requirements. Counsel shall file the appropriate AO-120 and/or AO-121 form with the Clerk within 10 days. (et) (Entered: 03/29/2017) |
| 03/29/2017 | 7 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |

| 03/29/2017 | 8 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
|---|---|---|
| 03/29/2017 | 9 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 10 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 11 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 12 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 13 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 14 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 15 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 16 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 17 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 18 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 19 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/29/2017 | 20 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Mike Sarieddine. (McArthur, Stephen) (Entered: 03/29/2017) |
| 03/30/2017 | 21 | STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER upon filing of the complaint by Judge Dale S. Fischer. If a party would be entitled to attorneys fees, counsel are referred to the Order Re Fees found on Courts website under Judge Fischer's Procedures and Schedules contained in the Judges Requirements tab. Read all Orders carefully. They govern this case and differ in some respects from the Local Rules. COUNSEL ARE ORDERED TO PROVIDE A MANDATORY CHAMBERS COPY OF THE COMPLAINT, NOTICE OF REMOVAL, AND ANY OTHER INITIATING DOCUMENTS. (ah) (Entered: 03/30/2017) |
| 04/03/2017 | 22 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 17 , Summons Request 11 , Summons Request 9 , Summons Request 15 , Summons Request 10 , Summons Request 16 , Summons Request 19 , Summons Request 14 , Summons Request 8 , Summons Request 13 , Summons Request 7 , Summons Request 18 , Summons Request 12 . The following error(s) was found: The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write see attached.Next, attach a face page of the complaint or a second page addendum to the Summons. The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your request. (bp) (Entered: 04/03/2017) |

| 04/03/2017 | 23 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/03/2017) |
| 04/03/2017 | 24 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/03/2017) |
| 04/03/2017 | 25 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/03/2017) |
| 04/03/2017 | 26 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/03/2017) |
| 04/03/2017 | 27 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/03/2017) |
| 04/03/2017 | 28 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/04/2017) |
| 04/04/2017 | 29 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/04/2017) |
| 04/04/2017 | 30 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/04/2017) |
| 04/04/2017 | 31 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/04/2017) |
| 04/04/2017 | 32 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/04/2017) |
| 04/04/2017 | 33 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/04/2017) |
| 04/04/2017 | 34 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/04/2017) |
| 04/04/2017 | 35 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Mike Sariedine. (McArthur, Stephen) (Entered: 04/04/2017) |
| 04/04/2017 | 36 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant D and A Distribution, LLC. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | 37 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant E-CIG Gallery Wholesale and Distribution, Inc. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | 38 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Electronic Cigarettes, Inc. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | 39 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant LA Vapor, Inc. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | 40 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Lan and Mike International Trading Inc. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | 41 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Madvapes Holdings, LLC. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | 42 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Shenzhen IVPS Technology Co. Ltd. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | 43 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Vapro Supply, LLC. (bp) (Entered: 04/04/2017) |

| 04/04/2017 | [44](#) | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) [1](#) as to Defendant RRV Enterprises LLC. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | [45](#) | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) [1](#) as to Defendant Vapor Authority, Inc. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | [46](#) | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) [1](#) as to Defendant Shenzhen Smok Technology Co. Ltd. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | [47](#) | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) [1](#) as to Defendant Vapetrik LLC. (bp) (Entered: 04/04/2017) |
| 04/04/2017 | [48](#) | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) [1](#) as to Defendant Vapor Range, Inc. (bp) (Entered: 04/04/2017) |
| 04/05/2017 | [49](#) | Notice to Parties: ADA Disability Access Litigation. (ah) (Entered: 04/05/2017) |
| 04/06/2017 | [50](#) | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Notice to Parties ADA Disability Access Litigation (ADR-20) [49](#) . Order filed in the incorrect case. Document No. 49 is stricken. (ah) (Entered: 04/06/2017) |
| 05/04/2017 | [51](#) | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant D and A Distribution, LLC served on 4/17/2017, answer due 5/8/2017. Service of the Summons and Complaint were executed upon Robert Ali in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (McArthur, Stephen) (Entered: 05/04/2017) |
| 05/04/2017 | [52](#) | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant E-CIG Gallery Wholesale and Distribution, Inc served on 4/14/2017, answer due 5/5/2017. Service of the Summons and Complaint were executed upon Lupe Mares, agent for service in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (McArthur, Stephen) (Entered: 05/04/2017) |
| 05/04/2017 | [53](#) | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Vapor Authority, Inc served on 4/17/2017, answer due 5/8/2017. Service of the Summons and Complaint were executed upon Gabriel Medina, agent in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (McArthur, Stephen) (Entered: 05/04/2017) |
| 05/04/2017 | [54](#) | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Vapor Range, Inc served on 4/12/2017, answer due 5/3/2017. Service of the Summons and Complaint were executed upon Jerry Thruman in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (McArthur, Stephen) (Entered: 05/04/2017) |
| 05/04/2017 | [55](#) | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Vapro Supply, LLC served on 4/13/2017, answer due 5/4/2017. Service of the Summons and Complaint were executed upon Sparre Process Serving in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (McArthur, Stephen) (Entered: 05/04/2017) |
| 05/04/2017 | [56](#) | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant LA Vapor, Inc served on 4/14/2017, answer due 5/5/2017. Service of the Summons and Complaint were executed upon Lily Zhou, agent in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (McArthur, Stephen) (Entered: 05/04/2017) |
| 05/04/2017 | [57](#) | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Electronic Cigarettes, Inc served on 4/11/2017, answer due 5/2/2017. Service of the Summons and |

| | | |
|---|---|---|
| | | Complaint were executed upon Ryan Sullivan, agent in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (McArthur, Stephen) (Entered: 05/04/2017) |
| 05/04/2017 | 58 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant RRV Enterprises LLC served on 4/17/2017, answer due 5/8/2017. Service of the Summons and Complaint were executed upon John, manager in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (McArthur, Stephen) (Entered: 05/04/2017) |
| 05/05/2017 | 59 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Service of Summons and Complaint Returned Executed (21 days), 58 , Service of Summons and Complaint Returned Executed (21 days), 51 . The following error(s) was found: Title page is missing. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (bp) (Entered: 05/08/2017) |
| 05/08/2017 | 60 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Service of the Summons and Complaint were executed upon agent in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (McArthur, Stephen) (Entered: 05/08/2017) |
| 05/08/2017 | 61 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Service of the Summons and Complaint were executed upon Lupe Mares, agent for service in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (McArthur, Stephen) (Entered: 05/08/2017) |
| 05/10/2017 | 62 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Service of the Summons and Complaint were executed upon Ryan Sullivan, agent in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *Electronic Cigarettes, Inc.* (McArthur, Stephen) (Entered: 05/10/2017) |
| 05/10/2017 | 63 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Service of the Summons and Complaint were executed upon Lily Zhou, agent in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *LA Vapor, Inc.* (McArthur, Stephen) (Entered: 05/10/2017) |
| 05/10/2017 | 64 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Service of the Summons and Complaint were executed upon John, manager in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *RRV Enterprise* (McArthur, Stephen) (Entered: 05/10/2017) |
| 05/10/2017 | 65 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Service of the Summons and Complaint were executed upon Gabriel Medina, agent in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *Vapor Authority* (McArthur, Stephen) (Entered: 05/10/2017) |
| 05/10/2017 | 66 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Service of the Summons and Complaint were executed upon Jerry Thruman in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *Vapor Range* (McArthur, Stephen) (Entered: 05/10/2017) |
| 05/10/2017 | 67 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Vapro Supply, LLC served on 4/17/2017, answer due 5/8/2017. Service of the Summons and Complaint were executed upon agent, Capitol Corporate Services Inc. in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *Vapro Supply* (McArthur, Stephen) (Entered: 05/10/2017) |

| 05/11/2017 | 68 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Lan and Mike International Trading Inc served on 5/10/2017, answer due 5/31/2017. Service of the Summons and Complaint were executed upon Jane Doe, co-occupant in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *Lan & Mike* (McArthur, Stephen) (Entered: 05/11/2017) |
|---|---|---|
| 05/14/2017 | 69 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Vapetrik LLC served on 5/2/2017, answer due 5/23/2017. Service of the Summons and Complaint were executed upon North Carolina Secretary of State, agent for service in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *Vapetrik* (McArthur, Stephen) (Entered: 05/14/2017) |
| 05/14/2017 | 70 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Madvapes Holdings, LLC served on 4/27/2015, answer due 5/18/2015. Service of the Summons and Complaint were executed upon Mark Hoogendoorn, CEO in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *MadVapes* (McArthur, Stephen) (Entered: 05/14/2017) |
| 05/26/2017 | 71 | NOTICE OF MOTION AND MOTION for Preliminary Injunction re Trademark Infringement . Motion filed by plaintiff Mike Sarieddine. Motion set for hearing on 6/26/2017 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Mike Sarieddine, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Declaration Of Stephen McArthur, # 21 Exhibit A, # 22 Exhibit B, # 23 Exhibit C, # 24 Exhibit D, # 25 Exhibit E, # 26 Exhibit F, # 27 Exhibit G, # 28 Exhibit H, # 29 Exhibit I, # 30 Exhibit J, # 31 Proposed Order) (McArthur, Stephen) (Entered: 05/26/2017) |
| 05/26/2017 | 72 | APPLICATION to file document *Exhibits E, O and P to Declaration of Mike Sarieddine In Support of Motion for Preliminary Injunction* under seal filed by Plaintiff Mike Sarieddine. (Attachments: # 1 Proposed Order, # 2 Redacted Document Exhibit E, # 3 Redacted Document Exhibit O, # 4 Redacted Document Exhibit P)(McArthur, Stephen) (Entered: 05/26/2017) |
| 05/26/2017 | 73 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits E, O and P to Declaration of Mike Sarieddine In Support of Motion for Preliminary Injunction* under seal 72 filed by Plaintiff Mike Sarieddine. (Attachments: # 1 Unredacted Document Exhibit E, # 2 Unredacted Document Exhibit O, # 3 Unredacted Document Exhibit P)(McArthur, Stephen) (Entered: 05/26/2017) |
| 05/30/2017 | 74 | EX PARTE APPLICATION for Temporary Restraining Order as to trademark infringement filed by plaintiff Mike Sarieddine. Ex Parte Application set for hearing on 6/5/2017 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Declaration, # 4 Exhibit, # 5 Proposed Order) (McArthur, Stephen) (Entered: 05/30/2017) |
| 05/31/2017 | 75 | OPPOSITION re: EX PARTE APPLICATION for Temporary Restraining Order as to trademark infringement 74 filed by Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd. (Attorney F Phillip Hosp added to party Shenzhen IVPS Technology Co. Ltd(pty:dft), Attorney F Phillip Hosp added to party Shenzhen Smok Technology Co. Ltd(pty:dft))(Hosp, F) (Entered: 05/31/2017) |
| 05/31/2017 | 76 | OPPOSITION re: EX PARTE APPLICATION for Temporary Restraining Order as to trademark infringement 74 filed by Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd. (Hosp, F) (Entered: 05/31/2017) |

| 05/31/2017 | 77 | NOTICE OF ERRATA filed by Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd. correcting Objection/Opposition (Motion related), 75 (Hosp, F) (Entered: 05/31/2017) |
| 05/31/2017 | 78 | (STRICKEN PURSUANT TO DKT. 83) Opposition re: EX PARTE APPLICATION for Temporary Restraining Order as to trademark infringement 74 filed by Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Attachments: # 1 Declaration of Lawrence S. Rosenthal)(Attorney K Tom Kohan added to party D and A Distribution, LLC(pty:dft), Attorney K Tom Kohan added to party E-CIG Gallery Wholesale and Distribution, Inc(pty:dft), Attorney K Tom Kohan added to party Electronic Cigarettes, Inc(pty:dft), Attorney K Tom Kohan added to party LA Vapor, Inc(pty:dft), Attorney K Tom Kohan added to party Lan and Mike International Trading Inc(pty:dft), Attorney K Tom Kohan added to party Madvapes Holdings, LLC(pty:dft), Attorney K Tom Kohan added to party Vapor Authority, Inc(pty:dft), Attorney K Tom Kohan added to party Vapor Range, Inc(pty:dft), Attorney K Tom Kohan added to party Vapro Supply, LLC(pty:dft))(Kohan, K) Modified on 6/1/2017 (ah). (Entered: 05/31/2017) |
| 05/31/2017 | 79 | NOTICE of Interested Parties filed by Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapro Supply, LLC, (Kohan, K) (Entered: 05/31/2017) |
| 05/31/2017 | 80 | (STRICKEN PURSUANT TO DKT. 83) EX PARTE APPLICATION to Continue Plaintiff's Motion for Preliminary Injunction from 6/26/2017 to 7/10/2017 Re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Trademark Infringement . Motion 71 filed by Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Attachments: # 1 Declaration of Lawrence S. Rosenthal, # 2 Proposed Order) (Kohan, K) Modified on 6/1/2017 (ah). (Entered: 05/31/2017) |
| 06/01/2017 | 81 | REPLY in support of EX PARTE APPLICATION for Temporary Restraining Order as to trademark infringement 74 filed by Plaintiff Mike Sarieddine. (Attachments: # 1 Decl. and Exhibit A, # 2 Declaration)(McArthur, Stephen) (Entered: 06/01/2017) |
| 06/01/2017 | 82 | NOTICE of Interested Parties filed by Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd, (Hosp, F) (Entered: 06/01/2017) |
| 06/01/2017 | 83 | TEXT ONLY ENTRY: (IN CHAMBERS) ORDER STRIKING DOCUMENTS by Judge Dale S. Fischer: Document Nos. 78 and 80 filed on May 31, 2017 are stricken for failure to comply with L.R. 5-4.3.1 - which requires that the PDF image for a document filed with the Court must be created by using word processing software and published to PDF. PDF images created by scanning paper documents are prohibited. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ah) TEXT ONLY ENTRY (Entered: 06/01/2017) |
| 06/01/2017 | 84 | Opposition re: EX PARTE APPLICATION for Temporary Restraining Order as to trademark infringement 74 *(corrected as to formatting)* filed by Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Attachments: # 1 Declaration of Lawrence S. Rosenthal)(Kohan, K) (Entered: 06/01/2017) |
| 06/01/2017 | 85 | Corrected EX PARTE APPLICATION to Continue Plaintiff's Motion for Preliminary |

| | | |
|---|---|---|
| | | Injunction from 6/26/2017 to 7/10/2017 Re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Trademark Infringement . Motion 71 filed by Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Attachments: # 1 Declaration of Lawrence S. Rosenthal, # 2 Proposed Order) (Kohan, K) (Entered: 06/01/2017) |
| 06/02/2017 | 86 | MEMORANDUM in Opposition to Corrected EX PARTE APPLICATION to Continue Plaintiff's Motion for Preliminary Injunction from 6/26/2017 to 7/10/2017 Re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Trademark Infringement . Motion 71 85 filed by Plaintiff Mike Sarieddine. (Attachments: # 1 Declaration and Exhibits)(McArthur, Stephen) (Entered: 06/02/2017) |
| 06/02/2017 | 87 | APPLICATION of Non-Resident Attorney Matthew T. Furton to Appear Pro Hac Vice on behalf of Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-19954686) filed by Defend ants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd. (Attachments: # 1 Proposed Order) (Hosp, F) (Entered: 06/02/2017) |
| 06/02/2017 | 88 | REPLY in support of Corrected EX PARTE APPLICATION to Continue Plaintiff's Motion for Preliminary Injunction from 6/26/2017 to 7/10/2017 Re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Trademark Infringement . Motion 71 85 filed by Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Attachments: # 1 Declaration of Lawrence S. Rosenthal) (Kohan, K) (Entered: 06/02/2017) |
| 06/02/2017 | 89 | APPLICATION of Non-Resident Attorney David T. Van Der Laan to Appear Pro Hac Vice on behalf of Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-19954738) filed by De fendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd. (Attachments: # 1 Proposed Order) (Hosp, F) (Entered: 06/02/2017) |
| 06/02/2017 | 90 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non-Resident Attorney Matthew T. Furton to Appear Pro Hac Vice on behalf of Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-19954686) 87 . The following error(s) was/were found: Local Rule 5-4.3.4 Application not hand-signed. (lt) (Entered: 06/02/2017) |
| 06/05/2017 | 91 | APPLICATION of Non-Resident Attorney Matthew T. Furton to Appear Pro Hac Vice on behalf of Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd (Pro Hac Vice Fee - $325.00 Previously Paid on 6/2/2017, Receipt No. 0973-19954686) filed by Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd. (Attachments: # 1 Proposed Order) (Hosp, F) (Entered: 06/05/2017) |
| 06/05/2017 | 92 | OPPOSITION re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Trademark Infringement . Motion 71 filed by Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd. (Attachments: # 1 Declaration of David T. Van Der Laan, # 2 Exhibit A to Declaration of David T. Van Der Laan, # 3 Exhibit B to Declaration of David T. Van Der Laan, # 4 Exhibit C to Declaration of David T. Van Der Laan, # 5 Exhibit D to Declaration of David T. Van Der Laan, # 6 Exhibit E to Declaration of David T. Van Der Laan, # 7 Exhibit F to Declaration of David T. Van Der Laan, # 8 Exhibit G to Declaration of David T. Van Der Laan, # 9 Exhibit H to Declaration of David T. Van Der Laan, # 10 Exhibit I to Declaration of David T. Van Der |

| | | |
|---|---|---|
| | | Laan, # 11 Exhibit J to Declaration of David T. Van Der Laan, # 12 Exhibit K to Declaration of David T. Van Der Laan, # 13 Exhibit L to Declaration of David T. Van Der Laan, # 14 Exhibit M to Declaration of David T. Van Der Laan, # 15 Exhibit N to Declaration of David T. Van Der Laan, # 16 Exhibit O to Declaration of David T. Van Der Laan, # 17 Exhibit P to Declaration of David T. Van Der Laan, # 18 Exhibit Q to Declaration of David T. Van Der Laan, # 19 Exhibit R to Declaration of David T. Van Der Laan, # 20 Exhibit S to Declaration of David T. Van Der Laan, # 21 Exhibit T to Declaration of David T. Van Der Laan, # 22 Exhibit U to Declaration of David T. Van Der Laan, # 23 Exhibit V to Declaration of David T. Van Der Laan, # 24 Exhibit W to Declaration of David T. Van Der Laan, # 25 Declaration of Welffer Ouyang, # 26 Exhibit A to Declaration of Welfer Ouyang)(Hosp, F) (Entered: 06/05/2017) |
| 06/05/2017 | 93 | ANSWER to Complaint (Attorney Civil Case Opening) 1 with JURY DEMAND, COUNTERCLAIM against Mike Sarieddine filed by Defendants/Cross-claimant Vapor Authority, Inc, Electronic Cigarettes, Inc, Vapor Range, Inc, D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, LA Vapor, Inc, Vapro Supply, LLC, Lan and Mike International Trading Inc, Madvapes Holdings, LLC.(Kohan, K) (Entered: 06/05/2017) |
| 06/05/2017 | 96 | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Dale S. Fischer: granting 87 Non-Resident Attorney Matthew T. Furton APPLICATION to Appear Pro Hac Vice on behalf of Defendant, Shenzhen IVPS Technology Co., LTD., designating F. Philip Hosp as local counsel. (SEE ORDER FOR SPECIFICS) (bp) (Entered: 06/06/2017) |
| 06/05/2017 | 97 | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Dale S. Fischer: granting 89 Non-Resident Attorney David T. Van Der Laan APPLICATION to Appear Pro Hac Vice on behalf of Defednants, Shenzhen IVPS Technology Co., LTD, designating F. Philip Hosp as local counsel. (SEE ORDER FOR SPECIFICS) (bp) (Entered: 06/06/2017) |
| 06/05/2017 | 98 | MINUTES OF Hearing on Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issuen Hearing held before Judge Dale S. Fischer: Court Reporter: Anne Kielwasser. (SEE CIVIL MINUTES FOR SPECIFICS) (bp) (Entered: 06/07/2017) |
| 06/06/2017 | 94 | APPLICATION of Non-Resident Attorney Max Moskowitz to Appear Pro Hac Vice on behalf of Counter Claimants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC, Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC (Pro Hac Vice Fee - $325 Previously Paid on 6/6/2017, Receipt No. 0973-19970589) filed by Defendants/Cross-claimant D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order) (Kohan, K) (Entered: 06/06/2017) |
| 06/06/2017 | 95 | MINUTES (IN CHAMBERS) Order DENYING Plaintiff's Ex Parte Application for Temorary Restraining Order (Dkt. 74) and CONTINUING Preliminary Injunction Hearing to July 10, 2017 (Dkt. 85) by Judge Dale S. Fischer: (SEE MEMORANDUM FOR SPECIFICS) (bp) (Entered: 06/06/2017) |
| 06/07/2017 | 99 | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFICS CASE by Judge Dale S. Fischer: granting 94 Non-Resident Attorney Max |

| | | Moskowitz APPLICATION to Appear Pro Hac Vice on behalf of Defendants, E-Cig Gallery Wholesale and Distribution, Inc., Vapor Range, Inc., Vapor Authority, Inc., Electronic Cigarettes, Inc., VAPRO Supply, LLC, D&A Distribution, Madvapes Holdings, LLC, Lan & Mike International Trading Inc., LA Vapor, Inc., designating K. Tom Kohan as local counsel. (SEE ORDER FOR FURTHER SPECIFICS) (bp) (Entered: 06/07/2017) |
|---|---|---|
| 06/12/2017 | 100 | REPLY in support of NOTICE OF MOTION AND MOTION for Preliminary Injunction re Trademark Infringement . Motion 71 filed by Plaintiff Mike Sarieddine. (Attachments: # 1 McArthur Decl and Exhibits, # 2 Sarieddine Decl and Exhibits)(McArthur, Stephen) (Entered: 06/12/2017) |
| 06/13/2017 | 101 | ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL by Judge Dale S. Fischer: granting 72 APPLICATION to Seal Document (SEE ORDER FOR SPECIFICS) (bp) (Entered: 06/13/2017) |
| 06/16/2017 | 102 | REQUEST for Leave to file To File Supplemental Opposition to Plaintiff's Motion for Preliminary Injunction filed by Defendants Shenzhen IVPS Technology Co Ltd, Shenzhen Smok Technology Co. Ltd. Request set for hearing on 6/26/2017 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Supplement Opposition to Plaintiff's Motion for Preliminary Injunction, # 2 Declaration of John Druska, # 3 Exhibit A to Declaration of John Druska, # 4 Exhibit B to Declaration of John Druska, # 5 Exhibit C to Declaration of John Druska, # 6 Declaration of Sam Ellinger, # 7 Exhibit A to Declaration of Sam Ellinger, # 8 Declaration of Welfer OuYang, # 9 Exhibit A to Declaration of Welfer OuYang, # 10 Declaration of Linda Swiedler, # 11 Declaration of David T. Van Der Laan, # 12 Exhibit A to Declaration of David T. Van Der Laan, # 13 Exhibit B to Declaration of David T. Van Der Laan, # 14 Exhibit C to Declaration of David T. Van Der Laan, # 15 Exhibit D to Declaration of David T. Van Der Laan, # 16 Exhibit E to Declaration of David T. Van Der Laan, # 17 Exhibit F to Declaration of David T. Van Der Laan, # 18 Declaration of Christopher Hill, # 19 Exhibit A to Declaration of Christopher Hill, # 20 Exhibit B to Declaration of Christopher Hill, # 21 Exhibit C to Declaration of Christopher Hill, # 22 Exhibit D to Declaration of Christopher Hill, # 23 Exhibit E to Declaration of Christopher Hill, # 24 Exhibit F to Declaration of Christopher Hill, # 25 Exhibit G to Declaration of Christopher Hill, # 26 Exhibit H to Declaration of Christopher Hill, # 27 Exhibit I to Declaration of Christopher Hill, # 28 Exhibit J to Declaration of Christopher Hill, # 29 Exhibit K to Declaration of Christopher Hill, # 30 Exhibit L to Declaration of Christopher Hill, # 31 Exhibit M to Declaration of Christopher Hill, # 32 Exhibit N to Declaration of Christopher Hill, # 33 Exhibit O to Declaration of Christopher Hill, # 34 Exhibit P to Declaration of Christopher Hill, # 35 Exhibit Q to Declaration of Christopher Hill, # 36 Exhibit R to Declaration of Christopher Hill, # 37 Exhibit S to Declaration of Christopher Hill, # 38 Exhibit T to Declaration of Christopher Hill, # 39 Exhibit U to Declaration of Christopher Hill, # 40 Exhibit V to Declaration of Christopher Hill, # 41 Exhibit W to Declaration of Christopher Hill, # 42 Exhibit X to Declaration of Christopher Hill, # 43 Exhibit Y to Declaration of Christopher Hill, # 44 Exhibit Z to Declaration of Christopher Hill, # 45 Proposed Order) (Hosp, F) (Entered: 06/16/2017) |
| 06/19/2017 | 103 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Preliminary Injunction re Trademark Infringement . Motion 71 filed by Counter Claimants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC, Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Declaration of Lawrence S. Rosenthal, # 2 Exhibit A-J of Rosenthal Decl., # 3 Exhibit K-R of Rosenthal Decl., # 4 Exhibit S-V of Rosenthal Decl., # 5 Exhibit W-Z of Rosenthal Decl., # 6 Declaration of Jacqueline Villanueva, # 7 Exhibit A-B of Villanueva Decl., # 8 Declaration of Keri K. Fukui, # 9 Exhibit A-K of Fukui Decl.) (Attorney Max Moskowitz added to party Vapro Supply, LLC(pty:dft), Attorney Max Moskowitz added to party Vapro Supply, LLC(pty:cc))(Moskowitz, Max) (Entered: 06/19/2017) |
| 06/20/2017 | 104 | APPLICATION of Non-Resident Attorney Lawrence S. Rosenthal to Appear Pro Hac Vice on behalf of Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC, Counter Claimant Lan and Mike International Trading Inc (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-20048933) filed by Defendants/Cross-claima nt D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Attachments: # 1 Certificates of Good Standing, # 2 Proposed Order) (Kohan, K) (Entered: 06/20/2017) |
| 06/20/2017 | 105 | Notice of Appearance or Withdrawal of Counsel: for attorney Patrick F Bright counsel for Defendant RRV Enterprises LLC. Adding Patrick Bright as counsel of record for RRV for the reason indicated in the G-123 Notice. Filed by Defendant RRV. (Attorney Patrick F Bright added to party RRV Enterprises LLC(pty:dft))(Bright, Patrick) (Entered: 06/20/2017) |
| 06/20/2017 | 106 | STIPULATION to Dismiss defendant RRV Enterprises LLC filed by plaintiff Mike Sarieddine. (Attachments: # 1 Proposed Order)(McArthur, Stephen) (Entered: 06/20/2017) |
| 06/23/2017 | 107 | AMENDED ANSWER and Amended counterclaim to Complaint (Attorney Civil Case Opening) 1 , Answer to Complaint (Attorney Civil Case Opening),, Counterclaim, 93 filed by Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Moskowitz, Max) (Entered: 06/23/2017) |
| 06/23/2017 | 108 | SEALED DOCUMENT *Exhibts E, O and P* re Sealed Declaration in SupportDeclaration, 73 , Order on Motion for Leave to File Document Under Seal 101 filed by Plaintiff Mike Sarieddine. (Attachments: # 1 Exhibit, # 2 Exhibit)(McArthur, Stephen) (Entered: 06/23/2017) |
| 06/23/2017 | 110 | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Dale S. Fischer: granting 104 Non-Resident Attorney Lawrence S. Rosenthal EX PARTE APPLICATION to Appear Pro Hac Vice on behalf of Defendants, E-Cig Gallery Wholesale and Distribution, Inc., Vapor Range, Inc., Vapor Authority, Inc., Electronic Cigarettes, Inc., VAPRO Supply, LLC, D&A Distribution, Madvapes Holdings, LLC, Lan & Mike International Trading, Inc., LA Vapro, Inc., designating K. Tom Kohan as local counsel. (SEE ORDER FOR FURTHER SPECIFICS) (bp) (Entered: 06/26/2017) |
| 06/25/2017 | 109 | OPPOSITION opposition re: REQUEST for Leave to file To File Supplemental Opposition to Plaintiff's Motion for Preliminary Injunction 102 filed by Plaintiff Mike Sarieddine. (Attachments: # 1 Declaration McArthur Decl and Exhibits A-J, # 2 Declaration Sarieddine Decl and Exhibits A-C)(McArthur, Stephen) (Entered: 06/25/2017) |

| 06/26/2017 | 112 | MINUTES OF Hearing on Motion for Preliminary Injunction 71 Motion Hearing held before Judge Dale S. Fischer: The matter is called and counsel state their appearances. The Court hears oral argument. The matter is under submission and a written ruling will issue. Court Reporter: Pat Cuneo. (bp) (Entered: 06/27/2017) |
|---|---|---|
| 06/27/2017 | 111 | REPLY in support of NOTICE OF MOTION AND MOTION for Preliminary Injunction re Trademark Infringement . Motion 71 filed by Plaintiff Mike Sarieddine. (Attachments: # 1 McArthur Decl and Ex. A, # 2 Sarieddine Decl. and Exs. A-B)(McArthur, Stephen) (Entered: 06/27/2017) |
| 06/28/2017 | 113 | Objection Opposition re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Trademark Infringement . Motion 71 *re: late filing of Plaintiff's reply brief (Docket Entry No. 111)* filed by Counter Claimants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC, Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Moskowitz, Max) (Entered: 06/28/2017) |
| 06/28/2017 | 114 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Sealed Document, 108 . The following error(s) was found: Title page is missing. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (bp) (Entered: 06/29/2017) |
| 06/29/2017 | 115 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Shenzhen IVPS Technology Co. Ltd served on 6/28/2017, answer due 7/19/2017. Service of the Summons and Complaint were executed upon F. Phillip Hosp, attorney of record in compliance with Federal Rules of Civil Procedure by method of service not specified.Original Summons NOT returned. (McArthur, Stephen) (Entered: 06/29/2017) |
| 06/29/2017 | 116 | PROOF OF SERVICE Executed by Plaintiff Mike Sarieddine, upon Defendant Shenzhen Smok Technology Co. Ltd served on 6/28/2017, answer due 7/19/2017. Service of the Summons and Complaint were executed upon F. Phillip Hosp, attorney of record in compliance with Federal Rules of Civil Procedure by method of service not specified.Original Summons NOT returned. (McArthur, Stephen) (Entered: 06/29/2017) |
| 07/06/2017 | 117 | TRANSCRIPT for proceedings held on June 26, 2017 at 1:32 p.m. Court Reporter: PAT CUNEO CSR 1600, OFFICIAL REPORTER, website www.patcuneo.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/27/2017. Redacted Transcript Deadline set for 8/7/2017. Release of Transcript Restriction set for 10/4/2017. (Cuneo, Patricia) (Entered: 07/06/2017) |
| 07/06/2017 | 118 | NOTICE OF FILING TRANSCRIPT filed for proceedings June 26, 2017 at 1:32 p.m. re Transcript 117 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Cuneo, Patricia) TEXT ONLY ENTRY (Entered: 07/06/2017) |
| 07/10/2017 | 119 | MINUTES OF Hearing on Motion for Preliminary Injunction 71 held before Judge Dale S. Fischer. The matter is called and counsel state their appearances. The Court hears oral argument. The matter is under submission and a written ruling will issue. Court Reporter: Pat Cuneo. (lom) (Entered: 07/11/2017) |

| | | |
|---|---|---|
| 07/11/2017 | [120](#) | *Counterdefendant's* ANSWER to Answer to Complaint (Attorney Civil Case Opening),, Counterclaim, [93](#) filed by Plaintiff Mike Sarieddine.(McArthur, Stephen) (Entered: 07/11/2017) |
| 07/12/2017 | [121](#) | ANSWER to Complaint (Attorney Civil Case Opening) [1](#) filed by Defendant Vapetrik LLC.(Attorney K Tom Kohan added to party Vapetrik LLC(pty:dft))(Kohan, K) (Entered: 07/12/2017) |
| 07/12/2017 | [122](#) | NOTICE of Interested Parties filed by Defendant Vapetrik LLC, (Kohan, K) (Entered: 07/12/2017) |
| 07/13/2017 | [123](#) | MEMORANDUM (In Chambers) Order DENYING Motion for Preliminary Injunction by Judge Dale S. Fischer [71](#) . Refer to the Court's order for specifics. (pso) (Entered: 07/13/2017) |
| 07/14/2017 | [124](#) | ORDER SETTING SCHEDULING CONFERENCE by Judge Dale S. Fischer. The Joint Report must include the completed Schedule of Pretrial and Trial dates. Lead trial counsel are ordered to appear in person unless counsel have been excused by the Court. Scheduling Conference set for 9/18/2017 at 11:00 AM before Judge Dale S. Fischer. (dp) (Entered: 07/14/2017) |
| 07/19/2017 | [125](#) | ANSWER to Complaint (Attorney Civil Case Opening) [1](#) filed by Defendant Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd.(Hosp, F) (Entered: 07/19/2017) |
| 07/19/2017 | [126](#) | COUNTERCLAIM against Counter-Defendant Mike Sarieddine, filed by Defendant and Counter-Claimant Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd.(Hosp, F) (Entered: 07/19/2017) |
| 07/19/2017 | [127](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendants Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd (Hosp, F) (Entered: 07/19/2017) |
| 07/19/2017 | [128](#) | CERTIFICATE of Interested Parties filed by Defendant and Counter-Claimant Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd, (Hosp, F) (Entered: 07/19/2017) |
| 07/20/2017 | [129](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendant E-CIG Gallery Wholesale and Distribution, Inc identifying None as Corporate Parent. (Rosenthal, Lawrence) (Entered: 07/20/2017) |
| 07/20/2017 | [130](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendant Vapor Range, Inc identifying none as Corporate Parent. (Rosenthal, Lawrence) (Entered: 07/20/2017) |
| 07/20/2017 | [131](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendant Vapor Authority, Inc identifying none as Corporate Parent. (Rosenthal, Lawrence) (Entered: 07/20/2017) |
| 07/20/2017 | [132](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendant Electronic Cigarettes, Inc identifying none as Corporate Parent. (Rosenthal, Lawrence) (Entered: 07/20/2017) |
| 07/20/2017 | [133](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendant Vapro Supply, LLC identifying Final Round Ventures, LLC as Corporate Parent. (Rosenthal, Lawrence) (Entered: 07/20/2017) |
| 07/20/2017 | [134](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendant D and A Distribution, LLC identifying none as Corporate Parent. (Rosenthal, Lawrence) (Entered: 07/20/2017) |
| 07/20/2017 | [135](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendant Madvapes Holdings, LLC identifying Alohma Holding Company, LLC and VTM-MV Holdings, LLC as Corporate Parent. (Rosenthal, Lawrence) (Entered: 07/20/2017) |

| 07/20/2017 | [136](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendant Lan and Mike International Trading Inc identifying none as Corporate Parent. (Rosenthal, Lawrence) (Entered: 07/20/2017) |
|---|---|---|
| 07/20/2017 | [137](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendant LA Vapor, Inc identifying none as Corporate Parent. (Rosenthal, Lawrence) (Entered: 07/20/2017) |
| 07/20/2017 | [138](#) | CORPORATE DISCLOSURE STATEMENT filed by Defendant Vapetrik LLC identifying none as Corporate Parent. (Rosenthal, Lawrence) (Entered: 07/20/2017) |
| 08/08/2017 | [139](#) | AMENDED ANSWER to Complaint (Attorney Civil Case Opening) [1](#) filed by Defendant Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd. (Hosp, F) (Entered: 08/08/2017) |
| 08/08/2017 | [140](#) | FIRST AMENDED COUNTERCLAIM against Plaintiff/Counter-Defendant Mike Sarieddine amending Counterclaim [126](#) , filed by Defendant and Counter-Claimant Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd(Hosp, F) (Entered: 08/08/2017) |
| 08/22/2017 | [141](#) | NOTICE OF MOTION AND MOTION to Dismiss Defendant SMOK's Third Counterclaim *for Tortious Interference* filed by Plaintiff and Counterdefendant Mike Sarieddine. Motion set for hearing on 10/16/2017 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # [1](#) Memorandum, # [2](#) Declaration, # [3](#) Proposed Order, # [4](#) Proof of Service) (McArthur, Stephen) (Entered: 08/22/2017) |
| 09/06/2017 | [142](#) | STIPULATION for Order for Lead Counsel for Distributor Defendants to Appear via Telephone at the Scheduling Conference filed by Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapetrik LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Attachments: # [1](#) Proposed Order)(Kohan, K) (Entered: 09/06/2017) |
| 09/12/2017 | [143](#) | NOTICE of Related Case(s) filed by Defendant Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd. Related Case(s): 2:17-cv-00989-DSF-SK and 2:17-cv-03779-GW-SS (Hosp, F) (Entered: 09/12/2017) |
| 09/12/2017 | [144](#) | ORDER APPROVING THE STIPULATION OF THE PARTIES FOR LEAD COUNSEL FOR DISTRIBUTOR DEFENDANTS TO APPEAR AT THE SCHEDULING CONFERENCE VIA TELEPHONE [142](#) by Judge Dale S. Fischer: The stipulation is granted. See Order for specifics. (ah) (Entered: 09/12/2017) |
| 09/12/2017 | [145](#) | JOINT REPORT of 26(f) filed by Plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 09/12/2017) |
| 09/12/2017 | [146](#) | CORRECTED JOINT REPORT of 26(f) filed by Plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 09/12/2017) |
| 09/13/2017 | [147](#) | ORDER RE TRANSFER PURSUANT TO Local Rule 83-1.3.1 and General Order 16-05 -Related Case- filed. Related Case No: 2:17-cv-00989 DSF(SKx). Case referred from Magistrate Judge Michael R. Wilner to Magistrate Judge Steve Kim for DISCOVERY. The case number will now read as follows: 2:17-cv-02390 DSF(SKx). Signed by Magistrate Judge Steve Kim. (rn) (Entered: 09/13/2017) |
| 09/14/2017 | [148](#) | NOTICE of Appearance filed by attorney Valerie Michelle McConnell on behalf of Counter Defendant Mike Sarieddine (Attorney Valerie Michelle McConnell added to party Mike Sarieddine(pty:cd))(McConnell, Valerie) (Entered: 09/14/2017) |
| 09/18/2017 | [151](#) | MINUTES OF Scheduling Conference held before Judge Dale S. Fischer. Refer to the document for specifics. Court Reporter: Pat Cuneo. (pso) (Entered: 09/19/2017) |

| 09/18/2017 | 152 | ORDER/REFERRAL to ADR Procedure No 2 by Judge Dale S. Fischer. Case ordered to Court Mediation Panel for mediation. ADR Proceeding to be held no later than 5/20/19. (pso) (Entered: 09/19/2017) |
| 09/19/2017 | 149 | ORDER RE JURY TRIAL by Judge Dale S. Fischer. These dates and requirements are firm. The Court is very unlikely to grant continuances unless the parties establish good cause through a concrete showing. Failure to complete discovery in a timely manner does not constitute good cause, nor does the fact that a settlement conference is pending. Each side is limited to five motions in limine, unless the Court orders otherwise. See Trial Order for specifics. Trial Estimate: 3 days.Final Pretrial Conference set for 7/15/2019 03:00 PM before Judge Dale S. Fischer. Jury Trial set for 8/13/2019 08:30 AM before Judge Dale S. Fischer. (dp) (Entered: 09/19/2017) |
| 09/19/2017 | 150 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Appearance 148 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Notice of Appearance or Withdrawal G123. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 09/19/2017) |
| 10/10/2017 | 153 | STIPULATION REGARDING SELECTION of Panel Mediator filed. Parties stipulate that Gail Migdal Title may serve as Panel Mediator. Plaintiff obtained the Panel Mediators consent to serve. Filed by Plaintiff Mike Sarieddine(McConnell, Valerie) (Entered: 10/10/2017) |
| 10/12/2017 | 154 | STIPULATION for Order Denying as Moot Plaintiff's Motion to Dismiss Defendant Shenzhen Technology Co. Ltd.'s Third Counterclaim for Tortious Interference with Business Relations filed by Defendant and Counterclaimant Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd. (Attachments: # 1 Proposed Order)(Hosp, F) (Entered: 10/12/2017) |
| 10/13/2017 | 155 | ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO DISMISS DEFENDANT SHENZHEN TECHNOLOGY CO. LTD.'S THIRD COUNTERCLAIM FOR TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS by Judge Dale S. Fischer 141 . Refer to the Court's order for specifics. (pso) (Entered: 10/13/2017) |
| 10/23/2017 | 156 | NOTICE OF ASSIGNMENT of Panel Mediator. Mediator (ADR Panel) Gail M. Title has been assigned to serve as Panel Mediator. (mb) (Entered: 10/23/2017) |
| 11/09/2017 | 157 | STIPULATION for Protective Order filed by Plaintiff Mike Sarieddine. (Attachments: # 1 Proposed Order)(Attorney Valerie Michelle McConnell added to party Mike Sarieddine(pty:pla))(McConnell, Valerie) (Entered: 11/09/2017) |
| 11/13/2017 | 158 | PROTECTIVE ORDER by Magistrate Judge Steve Kim. In re: Stipulation for Protective Order 157 (mkr) (Entered: 11/13/2017) |
| 11/29/2017 | 159 | NOTICE OF MOTION AND MOTION for Leave to file First Amended Complaint filed by Plaintiff Mike Sarieddine. Motion set for hearing on 1/8/2018 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Exhibit [Proposed] First Amended Complaint, # 2 Declaration of Valerie McConnell in support of Plaintiff's Motion for Leave to Amend Complaint, # 3 Proposed Order on Plaintiff's Motion for Leave to Amend Complaint) (McConnell, Valerie) (Entered: 11/29/2017) |
| 12/18/2017 | 160 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Leave to file First Amended Complaint 159 filed by Counter Claimants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA |

|  |  | Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC, Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapetrik LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Attachments: # 1 Declaration Declaration of Lawrence S. Rosenthal, # 2 Exhibit Exhibit A to Rosenthal Declaration, # 3 Exhibit Exhibit B to Rosenthal Declaration, # 4 Exhibit Exhibit C to Rosenthal Declaration, # 5 Exhibit Exhibit D to Rosenthal Declaration, # 6 Exhibit Exhibit E to Rosenthal Declaration, # 7 Exhibit Exhibit F to Rosenthal Declaration) (Attorney Max Moskowitz added to party Vapetrik LLC(pty:dft))(Moskowitz, Max) (Entered: 12/18/2017) |
|---|---|---|
| 12/23/2017 | 161 | REPLY in support of NOTICE OF MOTION AND MOTION for Leave to file First Amended Complaint 159 filed by Plaintiff Mike Sariedine. (Attachments: # 1 Declaration of Valerie McConnell ISO Reply to Motion for Leave to Amend the Complaint)(McConnell, Valerie) (Entered: 12/23/2017) |
| 12/25/2017 | 162 | REPLY in support of NOTICE OF MOTION AND MOTION for Leave to file First Amended Complaint 159 filed by Plaintiff Mike Sariedine. (Attachments: # 1 Declaration)(McArthur, Stephen) (Entered: 12/25/2017) |
| 12/26/2017 | 163 | NOTICE OF ERRATA re NOTICE OF MOTION AND MOTION for Leave to file First Amended Complaint 159 filed by Plaintiff Mike Sariedine. (McConnell, Valerie) (Entered: 12/26/2017) |
| 12/29/2017 | 164 | MINUTES (IN CHAMBERS) Order GRANTING Plaintiff's Motion for Leave to Amend Complaint (Dkt. 159) by Judge Dale S. Fischer: (SEE MEMORANDUM FOR SPECIFICS) (bp) (Entered: 01/03/2018) |
| 01/03/2018 | 165 | First AMENDED COMPLAINT against Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Shenzhen IVPS Technology Co. Ltd, Shenzhen Smok Technology Co. Ltd, Vapetrik LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC amending Complaint (Attorney Civil Case Opening) 1 , filed by Plaintiff Mike Sariedine (Attachments: # 1 Exhibit 1) (McConnell, Valerie) (Entered: 01/03/2018) |
| 01/17/2018 | 166 | ** DOCUMENT STRICKEN ** Joint STIPULATION for Extension of Time to File Answer to 1/18/18 re Amended Complaint/Petition,, 165 filed by defendant and counter-claimant Shenzhen IVPS Technology Co., Ltd., Shenzhen Smok Technology Co. Ltd. (Attachments: # 1 Proposed Order Granting Stipulation to Extend Time to Respond to First Amended Complaint)(Hosp, F) Modified on 1/18/2018 (dp). (Entered: 01/17/2018) |
| 01/18/2018 | 167 | TEXT ONLY ENTRY: (IN CHAMBERS) ORDER STRIKING DOCUMENT: Document No. 166 filed on 1/17/18 is stricken. The Judge's title is incorrect. The correct title is United States District Judge. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dp) TEXT ONLY ENTRY (Entered: 01/18/2018) |
| 01/18/2018 | 168 | Joint STIPULATION for Extension of Time to File Answer to 1/18/2018 re Amended Complaint/Petition,, 165 filed by defendant and counter-claimant Shenzhen IVPS Technology Co. Ltd. (Attachments: # 1 Proposed Order [Corrected])(Hosp, F) (Entered: 01/18/2018) |
| 01/18/2018 | 169 | ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT by Judge Dale S. Fischer, 168 . Refer to the Court's order for specifics. (iv) (Entered: 01/18/2018) |
| 01/18/2018 | 170 | ANSWER to Amended Complaint/Petition,, 165 filed by defendant Shenzhen IVPS |

| | | Technology Co., Ltd..(Hosp, F) (Entered: 01/18/2018) |
|---|---|---|
| 01/29/2018 | 171 | First APPLICATION for Extension of Time to Amend Amended Counterclaim 140 filed by defendant and counter-claimant Shenzhen IVPS Technology Co. Ltd. (Attachments: # 1 Declaration of Matthew Furton Re: Good Cause, # 2 Proposed Order) (Hosp, F) (Entered: 01/29/2018) |
| 01/31/2018 | 173 | ORDER GRANTING DEFENDANT SHENZHEN IVPS TECHNOLOGY CO., LTD.'S APPLICATION FOR EXTENSION OF TIME TO AMEND COUNTERCLAIMS AGAINST PLAINTIFF by Judge Dale S. Fischer: granting 171 APPLICATION for Extension of Time to Amend. (SEE ORDER FOR SPECIFICS) (bp) (Entered: 02/01/2018) |
| 02/01/2018 | 172 | ANSWER to Amended Complaint/Petition,, 165 , COUNTERCLAIM against All Plaintiffs filed by Defendants Vapor Range, Inc, Vapor Authority, Inc, LA Vapor, Inc, D and A Distribution, LLC, Vapro Supply, LLC, Electronic Cigarettes, Inc, Vapetrik LLC, E-CIG Gallery Wholesale and Distribution, Inc, Madvapes Holdings, LLC, Lan and Mike International Trading Inc.(Attorney Lawrence S Rosenthal added to party Vapetrik LLC(pty:dft))(Rosenthal, Lawrence) (Entered: 02/01/2018) |
| 02/01/2018 | 174 | ANSWER to Amended Complaint/Petition,, 165 *and Counterclaims.* filed by Defendants/Counterclaimants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapetrik LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC.(Kohan, K) (Entered: 02/01/2018) |
| 02/02/2018 | 175 | NOTICE OF ERRATA filed by Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapetrik LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. correcting Answer to Complaint (Attorney Civil Case Opening),, Counterclaim, 172 (Kohan, K) (Entered: 02/02/2018) |
| 02/05/2018 | 176 | APPLICATION of Non-Resident Attorney Jonathan B. Turpin to Appear Pro Hac Vice on behalf of Defendant Shenzhen IVPS Technology Co. Ltd, Counter Claimant Shenzhen IVPS Technology Co. Ltd (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-21212694) filed by defendant and counter-claimant Shenzhen IVPS Technology Co. Ltd. (Attachments: # 1 Proposed Order) (Hosp, F) (Entered: 02/05/2018) |
| 02/05/2018 | 177 | NOTICE of Change of address by Stephen Charles McArthur attorney for Plaintiff Mike Sarieddine. Changing attorneys address to 400 Corporate Pointe, Suite 300, Culver City, CA 90230. Filed by Plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 02/05/2018) |
| 02/05/2018 | 178 | NOTICE of Change of address by Stephen Charles McArthur attorney for Plaintiff Mike Sarieddine. Changing attorneys address to 400 Corporate Pointe, Suite 300, Culver City, CA 90230. Filed by Plaintiff Mike Sarieddine. (McArthur, Stephen) (Entered: 02/05/2018) |
| 02/07/2018 | 179 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Change of Address 177 . The following error(s) was/were found: Blank document attached In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 02/07/2018) |
| 02/07/2018 | 180 | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Dale S. Fischer: granting 176 Non-Resident Attorney Jonathan B. Turpin APPLICATION to Appear Pro Hac Vice on behalf of |

| | | |
|---|---|---|
| | | Defendants Shenxhen IVPS Technology Co. Ltd fka Shenzhen Smok Technology Co., Ltd., designating F. Phillip Hosp as local counsel. (SEE ORDER FOR SPECIFICS) (bp) (Entered: 02/07/2018) |
| 02/07/2018 | 181 | Joint NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:17-cv-989-DSF & 2:17-CV-8342-PA, filed by defendant Shenzhen IVPS Technology Co., Ltd.. Motion set for hearing on 3/12/2018 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Hosp, F) (Entered: 02/07/2018) |
| 02/12/2018 | 182 | SECOND AMENDED COUNTERCLAIM against plaintiff and counterclaim defendant Mike Sarieddine amending Amended Counterclaim 140 , filed by counterclaimant Shenzhen IVPS Technology Co. Ltd(Hosp, F) (Entered: 02/12/2018) |
| 02/14/2018 | 183 | OPPOSITION to Joint NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:17-cv-989-DSF & 2:17-CV-8342-PA, 181 filed by Plaintiff Mike Sarieddine. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McConnell, Valerie) (Entered: 02/14/2018) |
| 02/20/2018 | 184 | CORRECTED SECOND AMENDED COUNTERCLAIM against plaintiff and counterclaim defendant Mike Sarieddine amending Amended Counterclaim 140 , filed by counterclaimant Shenzhen IVPS Technology Co. Ltd (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Hosp, F) (Entered: 02/20/2018) |
| 02/22/2018 | 185 | NOTICE of Decision: By Other Court in Support of Plaintiff's Opposition to Defendants' Motion to Consolidate filed by Plaintiff Mike Sarieddine. (Attachments: # 1 Exhibit A) (McConnell, Valerie) (Entered: 02/22/2018) |
| 02/23/2018 | 186 | ANSWER to Answer to Complaint (Attorney Civil Case Opening),, Counterclaim, 172 filed by Counterdefendant Mike Sarieddine.(McConnell, Valerie) (Entered: 02/23/2018) |
| 02/26/2018 | 187 | REPLY in support of Joint NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:17-cv-989-DSF & 2:17-CV-8342-PA, 181 filed by Defendant Shenzhen IVPS Technology Co. Ltd. (Hosp, F) (Entered: 02/26/2018) |
| 02/26/2018 | 188 | ANSWER to Amended Counterclaim, 184 and Counterclaims against SMOK for cancellation of SMOK marks filed by Plaintiff Mike Sarieddine.(McArthur, Stephen) (Entered: 02/26/2018) |
| 02/26/2018 | 189 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Mike Sarieddine. (Attachments: # 1 Supplement two additional trademarks)(McArthur, Stephen) (Entered: 02/26/2018) |
| 02/28/2018 | 190 | AMENDED ANSWER and AMENDED COUNTERCLAIM to Amended Counterclaim, 184 filed by plaintiff Mike Sarieddine. (Attachments: # 1 Exhibit Exhibits A-B) (McArthur, Stephen) (Entered: 02/28/2018) |
| 03/12/2018 | 191 | (IN CHAMBERS) Order DENYING Motion for Pretrial Consolidation (Dkt. 181) by Judge Dale S. Fischer: (SEE MEMORANDUM FOR SPECIFICS) (bp) (Entered: 03/12/2018) |
| 03/21/2018 | 192 | APPLICATION to file document Exhibits 14 and 18 to Plaintiff's Motion to Compel Production of Documents and Responses to Plaintiff's First Set of Document Requests and Interrogatories under seal filed by Plaintiff Mike Sarieddine. (Attachments: # 1 Proposed Order)(McConnell, Valerie) (Entered: 03/21/2018) |
| 03/21/2018 | 193 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document Exhibits 14 and 18 to Plaintiff's Motion to Compel Production of Documents and Responses to Plaintiff's First Set of Document Requests and Interrogatories under seal 192 filed by |

| | | Plaintiff Mike Sarieddine. (Attachments: # 1 Unredacted Document Exhibit 14, # 2 Unredacted Document Exhibit 18)(McConnell, Valerie) (Entered: 03/21/2018) |
|---|---|---|
| 03/21/2018 | 194 | NOTICE OF MOTION AND MOTION to Compel Production of Documents and Responses to Plaintiff's First Set of Document Requests and Interrogatories filed by Plaintiff Mike Sarieddine. Motion set for hearing on 4/11/2018 at 10:00 AM before Magistrate Judge Steve Kim. (Attachments: # 1 Memorandum Joint Stipulation Regarding Plaintiff's Motion to Compel, # 2 Declaration of Valerie McConnell in Support of Plaintiff's Motion to Compel, # 3 Exhibit 1 to McConnell Declaration, # 4 Exhibit 2 to McConnell Declaration, # 5 Exhibit 3 to McConnell Declaration, # 6 Exhibit 4 to McConnell Declaration, # 7 Exhibit 5 to McConnell Declaration, # 8 Exhibit 6 to McConnell Declaration, # 9 Exhibit 7 to McConnell Declaration, # 10 Exhibit 8 to McConnell Declaration, # 11 Exhibit 9 to McConnell Declaration, # 12 Exhibit 10 to McConnell Declaration, # 13 Exhibit 11 to McConnell Declaration, # 14 Exhibit 12 to McConnell Declaration, # 15 Exhibit 13 to McConnell Declaration, # 16 Exhibit 14 to McConnell Declaration, # 17 Exhibit 15 to McConnell Declaration, # 18 Exhibit 16 to McConnell Declaration, # 19 Exhibit 17 to McConnell Declaration, # 20 Exhibit 18 to McConnell Declaration, # 21 Exhibit 19 to McConnell Declaration, # 22 Exhibit 20 to McConnell Declaration, # 23 Exhibit 21 to McConnell Declaration, # 24 Declaration of David T. Van Der Laan, # 25 Declaration of Freda Wong, # 26 Proposed Order) (McConnell, Valerie) (Entered: 03/21/2018) |
| 03/21/2018 | 195 | NOTICE OF MOTION AND MOTION to Dismiss Mike Sarieddine's Counterclaims filed by defendant Shenzhen IVPS Technology Co. Ltd. Motion set for hearing on 4/23/2018 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Proposed Order) (Hosp, F) (Entered: 03/21/2018) |
| 03/22/2018 | 196 | ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL 192 by Magistrate Judge Steve Kim. IT IS HEREBY ORDERED that: Plaintiff's Application to File Documents Under Seal is GRANTED. Plaintiff shall promptly file Exhibit 14 and Exhibit 18 under seal in accordance with Local Rule 79-5.2.2(c). IT IS SO ORDERED. (SEE ORDER FOR DETAILS). (clee) (Entered: 03/22/2018) |
| 03/23/2018 | 197 | SEALED DOCUMENT *(Exhibit 14 to Declaration of Valerie McConnell)* re MOTION to Compel Production of Documents and Responses to Plaintiff's First Set of Document Requests and Interrogatories 194 , Order on Motion for Leave to File Document Under Seal, 196 filed by Plaintiff Mike Sarieddine.(McConnell, Valerie) (Entered: 03/23/2018) |
| 03/23/2018 | 198 | SEALED DOCUMENT *(Exhibit 18 to Declaration of Valerie McConnell)* re MOTION to Compel Production of Documents and Responses to Plaintiff's First Set of Document Requests and Interrogatories 194 , Order on Motion for Leave to File Document Under Seal, 196 filed by Plaintiff Mike Sarieddine.(McConnell, Valerie) (Entered: 03/23/2018) |
| 03/28/2018 | 199 | SUPPLEMENT to MOTION to Compel Production of Documents and Responses to Plaintiff's First Set of Document Requests and Interrogatories 194 filed by Plaintiff Mike Sarieddine. (McConnell, Valerie) (Entered: 03/28/2018) |
| 04/02/2018 | 200 | NOTICE of Change of Attorney Business or Contact Information: for attorney K Tom Kohan counsel for Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. Changing address to 3415 S. Sepulveda Blvd., Suite 460, Los Angeles, CA 90034. Filed by Defendants Distributor Defendants. (Kohan, K) (Entered: 04/02/2018) |
| 04/02/2018 | 201 | OPPOSITION re: NOTICE OF MOTION AND MOTION to Dismiss Mike Sarieddine's Counterclaims 195 filed by Plaintiff Mike Sarieddine. (McConnell, Valerie) (Entered: 04/02/2018) |

| 04/06/2018 | 202 | MINUTES (IN CHAMBERS) ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL (ECF NO. 194 ) by Magistrate Judge Steve Kim. The parties remain free to extend by agreement the 21-day deadline ordered herein or any other mutually-agreed discovery deadline, provided they strictly comply with the court-ordered deadlines imposed by the assigned District Judge. The hearing on this matter set for April 11, 2018 is vacated. (SEE ORDER FOR DETAILS). (clee) (Entered: 04/06/2018) |
| --- | --- | --- |
| 04/09/2018 | 203 | NOTICE TO PARTIES by U.S. Magistrate Judge Steve Kim. Effective, April 12, 2018, Judge Kim will be located at the Roybal Federal Building and U.S. Courthouse, COURTROOM 540 on the 5th floor, located at 255 East Temple Street, Los Angeles, California 90012. All Court appearances shall be made in Courtroom 540 of the Roybal Federal Building and U.S. Courthouse, and all mandatory chambers copies shall be delivered to the judge's mail box located outside the Clerk's Office on the 12th floor of the Roybal Federal Building and U.S. Courthouse. Magistrate Judge Kim's Courtroom Deputy Clerk, Connie Lee, may be reached at (213) 894-4436. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrp) TEXT ONLY ENTRY (Entered: 04/09/2018) |
| 04/09/2018 | 204 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss Mike Sarieddine's Counterclaims 195 filed by Defendant Shenzhen IVPS Technology Co. Ltd. (Hosp, F) (Entered: 04/09/2018) |
| 04/18/2018 | 205 | TEXT ONLY ENTRY (IN CHAMBERS) ORDER TAKING MOTION OFF CALENDAR AND UNDER SUBMISSION Judge Dale S. Fischer. The Court, on its own motion, takes the Motion to Dismiss set for April 23, 2018 off calendar and under submission. A written order will follow. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dp) TEXT ONLY ENTRY (Entered: 04/18/2018) |
| 04/23/2018 | 206 | APPLICATION of Non-Resident Attorney Michael F. Furley to Appear Pro Hac Vice on behalf of Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Vapetrik LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC, Counter Claimants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC, Madvapes Holdings, LLC, Vapetrik LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-21632213) filed by Defendants D and A Distribution, LLC, E-CIG Gallery Wholesale and Distribution, Inc, Electronic Cigarettes, Inc, LA Vapor, Inc, Lan and Mike International Trading Inc, Madvapes Holdings, LLC(a North Carolina limited liability company), Vapetrik LLC, Vapor Authority, Inc, Vapor Range, Inc, Vapro Supply, LLC. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order) (Attorney K Tom Kohan added to party Vapetrik LLC(pty:cc)) (Kohan, K) (Entered: 04/23/2018) |
| 04/24/2018 | 207 | (In Chambers) ORDER GRANTING in PART and DENYING in PART Motion to Dismiss Counterclaims (Dkt. 195) by Judge Dale S. Fischer: (SEE ORDER FOR SPECIFICS) (bp) (Entered: 04/24/2018) |
| 04/25/2018 | 208 | ORDER by Judge Dale S. Fischer: granting 206 Non-Resident Attorney Michael F. Hurley APPLICATION to Appear Pro Hac Vice on behalf of Defendants E-Cig Gallery Wholesale and Distribution, Inc., Vapor Range, Inc., Vapor Authority, Inc., Electronic Cigarettes, Inc., VAPRO Supply, LLC, D&A Distribution, Madvapes Holdings, LLC, Lan & Mike International Trading Inc., LA Vapor, Inc., designating Tom K. Kohan as local counsel. (pso) (Entered: 04/26/2018) |
| 05/29/2018 | 209 | Joint STIPULATION to Dismiss Case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by |

| 07/25/2018 | 210 | MEDIATION REPORT filed by Mediator (ADR Panel) Gail M. Title: A mediation did not take place because the case settled before the session occurred.(Killefer, Gail) (Entered: 07/25/2018) |
|---|---|---|

Plaintiff Mike Sarieddine.(McConnell, Valerie) (Entered: 05/29/2018)

| PACER Service Center | | | | |
|---|---|---|---|---|
| Transaction Receipt | | | | |
| 03/13/2019 16:53:50 | | | | |
| PACER Login: | TaylorDuma:3031116:5645878 | Client Code: | | |
| Description: | Docket Report | Search Criteria: | 2:17-cv-02390-DSF-SK End date: 3/13/2019 | |
| Billable Pages: | 30 | Cost: | 3.00 | |