John E. Lord (SBN 216111)
Email:  jlord@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone:  (310) 866-5157
Facsimile:  (310) 943-2085

Amanda G. Hyland (*pro hac vice*)
Email:  ahyland@taylorenglish.com
Seth K. Trimble (*pro hac vice*)
Email:  strimble@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339
Telephone:  (770) 434-6868
Facsimile:  (770) 434-7376

*Counsel for Defendants*
*Alien Visions E-Juice, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>ALIEN VISIONS E-JUICE, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:18-cv-3658-PA-MAA<br>Hon. Percy Anderson<br><br>**NOTICE OF LODGING**<br>**[L.R. 11-5.1]**<br><br>Date:          April 15, 2019<br>Time:          1:30 PM<br>Courtroom:  9A |
| AND RELATED COUNTERCLAIMS | |

**NOTICE OF LODGING**

# NOTICE OF LODGING

Defendant Alien Visions E-Juice, Inc. ("Alien Visions") filed a Motion for Summary Judgment yesterday in the above-styled case. In support of the Motion, Alien Visions relied upon several files that were too large to upload to CM/ECF. These included one video file and three native Excel spreadsheets containing many pages of data. These files are provided on the attached flash drive for the Court's convenience. They are as follows.

Exhibit C to the Declaration of Benjamin LaBarre – Full, uncondensed spreadsheet showing Alien Visions' sales – ATTORNEY'S EYES ONLY AND PROPOSED TO BE FILED UNDER SEAL;

Exhibit I to the Declaration of Seth Trimble – Spreadsheet showing Mike Sarieddine's sales – ATTORNEY'S EYES ONLY AND PROPOSED TO BE FILED UNDER SEAL;

Exhibit J to the Declaration of Seth Trimble – Condensed spreadsheet showing Alien Visions' sales – ATTORNEY'S EYES ONLY AND PROPOSED TO BE FILED UNDER SEAL; and

Exhibit K to the Declaration of Seth Trimble – Video of Map showing Alien Visions' market penetration.

/ / /

/ / /

/ / /

NOTICE OF LODGING

We have provided copies of all of these exhibits to Plaintiff's counsel via a link to an online storage account.

Dated: March 14, 2019

Respectfully submitted,

**ONE LLP**

By: /s/John E. Lord
    John E. Lord

**TAYLOR ENGLISH DUMA LLP**

By: /s/ Amanda G. Hyland
    Amanda G. Hyland (*pro hac vice*)
    Seth K. Trimble (*pro hac vice*)

    *Attorneys for Defendant*
    *Alien Visions E-Juice, Inc.*

2
**NOTICE OF LODGING**