1  John E. Lord (SBN 216111)
   Email:  jlord@onellp.com
2  **ONE LLP**
3  9301 Wilshire Blvd.
   Penthouse Suite
4  Beverly Hills, CA 90210
   Telephone:  (310) 866-5157
5  Facsimile:   (310) 943-2085

6  Amanda G. Hyland (admitted *pro hac vice*)
7  Email:  ahyland@taylorenglish.com
   Seth K. Trimble (admitted *pro hac vice*)
8  Email:  strimble@taylorenglish.com
   **TAYLOR ENGLISH DUMA LLP**
9  1600 Parkwood Circle, Suite 200
   Atlanta, GA  30339
10 Telephone:  (770) 434-6868
11 Facsimile:   (770) 434-7376

12 *Counsel for Defendant*
13 *Alien Visions E-Juice, Inc.*

14            **UNITED STATES DISTRICT COURT**
15             **CENTRAL DISTRICT OF CALIFORNIA**

16
17 MIKE SARIEDDINE, an individual,           Case No. 2:18-cv-3658-PA-MAA
                                             Assigned for all purposes to:
18            Plaintiff,                     Hon. Percy Anderson

19     v.                                    **DECLARATION OF SETH TRIMBLE**

20 ALIEN VISIONS E-JUICE, INC., a            **[REDACTED VERSION OF**
   California corporation; and DOES 1        **DOCUMENT PROPOSED TO BE**
21 through 10, inclusive,                    **FILED UNDER SEAL]**

22            Defendants.

23
24
25
26
27 AND RELATED COUNTERCLAIMS
28

                              **DECLARATION**

I, Seth Trimble, declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am an attorney at Taylor English Duma LLP and counsel for Alien Visions E-Juice, Inc.

3. On March 6, 2019, I visited the Alien Visions E-Juice sub-forum on e-cigarette-forum.com ("ECF"), available at https://www.e-cigarette-forum.com/forums/alien-visions-e-juice.634/.
   I sorted the posts by their creation date to locate all posts in the Alien Visions E-Juice sub-forum that were created before April 21, 2014 (collectively, the "Sub-Forum Posts"). I then used my browser's auto-paging function to print the listings of Sub-Forum Posts.

4. A true and correct copy of the printout of the listings of the Sub-Forum Posts I collected is attached hereto as Exhibit A.

5. On March 7, 2019, I visited ECF and located the page for Ben Labarre's account, "Porphy," available at: https://www.e-cigarette-forum.com/members/porphy.11581/.
   I then viewed all content posted by Porphy, available at: https://www.e-cigarette-forum.com/search/member?user_id=11581.
   I then used my browser's auto-paging function to capture screenshots of Porphy's posts created before April 21, 2014 (collectively, the "Porphy Posts").

6. A true and correct copy of screenshots of the Porphy Posts I collected is attached hereto as Exhibit B.

7. Prior to April 22, 2014, "Porphy" posted 990 times on ECF.

**DECLARATION**

8. Using the Sub-Forum Posts, I analyzed the data to determine how many posts were contained within the Alien Visions E-Juice sub-forum and how many views those posts obtained.

9. Until April 21, 2014, the Alien Visions E-Juice sub-forum contained 12,489 individual posts, which were viewed 1.4 million times. One example post is attached hereto as Exhibit C.

10. I reviewed the historical Google Analytics data for Alien Visions E-Juice, Inc.'s website, avejuice.com.

11. I downloaded relevant Google Analytics reports for avejuice.com. These reports show US-based website traffic, by year and geographic location, from 2009 until April 21, 2014 (collectively, the "AV Reports"). True and correct copies of those reports are attached hereto as Exhibit D.

12. I analyzed the AV Reports and determined that by the end of 2013, avejuice.com had been visited more than 900,000 times by over 345,000 people.

13. I summarized the AV Reports as follows:

|  | 2009 | 2010 | 2011 | 2012 | 2013 | Totals |
|---|---|---|---|---|---|---|
| **Users** | 492 | 23,817 | 50,090 | 79,687 | 191,324 | 345,410 |
| **Sessions** | 800 | 55,643 | 134,420 | 212,811 | 502,328 | 906,002 |

14. Alien Visions' U.S. sales occurring before April 21, 2014, are documented in summaries of sales by year from Alien Visions' credit card merchant processor, Authorize.net. These summaries, in native format, are being provided to Plaintiff's counsel under Bates Numbers 0190956-0190966 and also are being provided under seal on a flash drive and delivered to chambers (*See* Benjamin LaBarre's Declaration, ¶¶17-18 and Exhibit C thereto). I summarized this sales data as follows:

17540.1

2

| Year | U.S. Sales | No. of Sales | CA Sales |
|---|---|---|---|
| 2010 | $124,084 | 3826 | $16,131 |
| 2011 | $508,225 | 13,144 | $66,069 |
| 2012 | $800,184 | 16,512 | $104,024 |
| 2013 | $1,683,170 | 31,735 | $218,812 |
| 01/1/14 - 04/21/14 | $683,963 | 13,173 | $88,915 |
| Total | $3,799,626 | 78,407 | $493,951 |

15. I received ECF's Google Analytics Report for 2012 ("ECF Report") attached to Kershaw's Declaration and provided contemporaneously herewith. The ECF Report shows ECF's U.S.-based website traffic, by year and geographic location, for 2012. Using the ECF Report and the 2012 AV Report, I compared the number of Visitors for various Metro Areas across the United States. I determined a percentage for these representative locations throughout the United States:

| Metro Area | Alien Visions New Users | ECF New Users | Percentages |
|---|---|---|---|
| Los Angeles CA | 5583 | 149211 | 4% |
| Seattle-Tacoma WA | 1651 | 49190 | 3% |
| Houston TX | 1994 | 42428 | 5% |
| Tampa-St. Petersburg (Sarasota) FL | 1322 | 35477 | 4% |
| Denver CO | 1255 | 35374 | 4% |
| Raleigh-Durham (Fayetteville) NC | 953 | 24595 | 4% |
| Portland OR | 1018 | 23658 | 4% |
| Pittsburgh PA | 790 | 21537 | 4% |
| Baltimore MD | 950 | 18667 | 5% |
| Cincinnati OH | 911 | 17228 | 5% |
| Birmingham (Ann and Tusc) AL | 515 | 8345 | 6% |
| Ft. Wayne IN | 214 | 3376 | 6% |

16. Mitch Bounds was an administrator for one of the Internet's original e-cigarette forums, Nu-Vapor.com ("Nu-Vapor"). Bounds Declaration ¶2, attached hereto

17540.1

3

as Exhibit E. Although Nu-Vapor.com is no longer active, Mr. Bounds restored a December 12, 2016, backup of the site so that it is currently accessible and available at: http://198.204.235.100. *Id.* at ¶¶ 4-8.

17. We retained a vendor, Hanzo Archives Ltd. ("Hanzo"), to locate and capture a sampling of NuVapor and E-Cigarette Forum posts that reference Alien Visions. Hanzo's authentication of those records (and all other internet records it captured for this case) is attached hereto as Exhibit F.

18. True and correct copies of the Nu-Vapor samples collected by Hanzo have been provided to Plaintiff's counsel under Bates Nos. AV0198083 - AV0204509. I reviewed these Nu-Vapor samples and determined that Nu-Vapor visitors published 3,649 times in posts relating to Alien Visions prior to April 22, 2014. I limited the Nu-Vapor samples from Hanzo to only include threads containing "Alien Visions" and then ran a search for "Reply With Quote" to automatically count how many posts were in said threads.

19. Hanzo also downloaded and preserved 45 YouTube video reviews about Alien Visions and its products that were uploaded prior to April 22, 2014. Hanzo also captured screenshots of those videos. These videos have been produced to Plaintiff under Bates Nos. AV0195896-AV0195943. True and correct screenshot captures of those videos are attached hereto as Exhibit G.

20. I reviewed the sales spreadsheet produced by Mr. Sarieddine as SAR 2625. A true and correct copy is attached as Exhibit H. I removed references to "shipping," "return," and "test" so that the only sales remaining were those for products that appeared to have shipped to an actual customer. Once I filtered the spreadsheet in this manner, it showed ■ orders from 2013 - 2014.

21. I also reviewed the sales spreadsheet produced by Mr. Sarieddine as SAR 2623. Due to printing issues associated with the number of columns in this spreadsheet, a true and accurate copy of this spreadsheet is being provided, natively, under seal, on a flash drive and delivered to chambers and marked as

Exhibit I to this Declaration. To determine the number of Mr. Sarieddine's sales in 2015 and 2016, I used a filter to remove entries where the "paying_customer" column and the "money_spent" column were empty so that the remaining entries were appeared to be actual orders. I then used a filter to remove sales outside the United States by limiting the "shipping_country" column to "US." Once I filtered the spreadsheet in this manner, I sorted the remaining data into chronological order using the "user_registered" column, and the remaining data showed ■ orders in 2015 and ■ orders in 2016.

22. Receipts for all of Alien Visions' sales have been produced to Plaintiff under Bates numbers 0001212-190955. Corresponding summaries of sales by year from Alien Visions' credit card merchant processor are being provided, natively, to Plaintiff under Bates Numbers 0190956-0190966. (*See* authentications in Benjamin LaBarre's Declaration, ¶¶17-18). I used the data in Exhibit C to Benjamin LaBarre's declaration to create the table set forth in Appendix A. An abridged version, designated as Exhibit J to this Declaration, also is being provided, under seal, directly to chambers. I used the spreadsheet found in Exhibit J and Microsoft Excel's built-in 3D Mapping function to plot all Alien Visions' U.S. sales occurring before April 21, 2014. Excel's mapping function plots the data on a map based on the parameters a user selects. Here, each U.S. sale is plotted using the customer's shipping zip code and the transaction's time and date. Using this data, Excel's 3D Mapping function generates a short video showing the sales over time. This animation, marked as Exhibit K to this Declaration, is being provided under seal on a flash drive and delivered to chambers. It also is being provided to Plaintiff's counsel on an online storage account. True and accurate screenshots of this animation are shown here:



I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of March in Atlanta, Georgia, USA.

_____
Seth Trimble