# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Mike Sarieddine, | CASE NUMBER: |
| Plaintiff(s) | 2:18-cv-03658-PA-MAA |
| v. | |
| Alien Visions E-Juice, Inc., et al., | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Maria A. Audero

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Dated:  March 12, 2019                    By:  /s/ Cheryl Wynn
                                                Deputy Clerk