UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **2:18-cv-03658-PA-MAA**                                                     Date:  **March 20, 2019**

Title   **Mike Sarieddine *vs.* Alien Visions E-Juice, Inc., *et al.* (including counter-action)**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cheryl Wynn | CS: 3/20/2019 (partial) |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorney Present for Plaintiff/Counter-Defendant: | Attorneys Present for Defendant/Counter-Claimant: |
|---|---|
| Bruno Tarabichi | John E. Lord |
| | Amanda G. Hyland, *pro hac vice* |

**Proceedings:**         **Informal Telephonic Discovery Conference**

Case called, and counsel state their telephonic appearances. The Court confers with counsel regarding recording the informal telephonic discovery conference, suggests not recording the conference to encourage counsel to speak candidly about their positions, and offers to go back on the record if the parties reach an agreement and/or the Court issues an order. Counsel do not object to the non-recording of the proceeding, and the Court so orders. The Court then conducts the informal discovery conference off the record.

Upon the conclusion of the discussion, the parties stipulate their agreement to the issues raised in the Request for Informal Discovery Conference, attached hereto as Exhibit 1, as follows:

- Defendant's Request for Production of Documents, Set One ("RFP") is deemed served as of January 11, 2019.

- Defendant's Request for Admissions, Set One ("RFA") is deemed served as of January 31, 2019.

- Defendant's Interrogatories, Set One ("Interrogatories") is deemed served as of January 31, 2019.

- Defendant's Expert Report is deemed served as of February 11, 2019.

- Plaintiff's complete responses to the RFA and Interrogatories are due to Defendant no later than Tuesday, March 26, 2019, by Noon, Pacific Time.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:18-cv-03658-PA-MAA**                                                           Date:  **March 20, 2019**

Title       **Mike Sarieddine *vs.* Alien Visions E-Juice, Inc., *et al.* (including counter-action)**

- Plaintiff's production of documents and complete responses to the RFP are due to Defendant as follows:

    o  Any document, excluding publicly available documents and documents previously produced in the matter entitled *Sarieddine v. Big Bang Vape Co., LLC*, Case No. 2:17-cv-00989-DSF-SK (the "*Big Bang* Case"), that is produced by Plaintiff pursuant to this Order and that will be cited by Plaintiff in his opposition to Defendant's pending Motion for Summary Judgment, or otherwise used by Plaintiff to create an issue of fact in order to defeat Defendant's pending motion, must be produced to Defendant no later than Friday, March 22, 2019, by 5:00 p.m. Pacific Time.

    o  Any document, excluding publicly available documents and documents previously produced in the *Big Bang* Case, produced by Plaintiff pursuant to this Order and that will not be used by Plaintiff to create an issue of fact in order to defeat Defendant's pending Motion for Summary Judgment must be produced no later than Tuesday, March 26, 2019, by 5:00 p.m. Pacific Time.

- Plaintiff will provide a statement to Defendant as to whether any responsive documents have been withheld so far, or will be withheld in the March 26, 2019 production, no later than Friday, March 22, 2019, by 5:00 p.m. Pacific Time.

- If responsive documents have been withheld by Plaintiff so far, or will be withheld in the March 26, 2019 production, Plaintiff will provide to Defendant a log of the withheld documents, identifying each document and specifying the objection or other basis for withholding the document, no later than Tuesday, March 26, 2019, by 5:00 p.m., Pacific Time.

- Plaintiff will provide to Defendant possible dates for Plaintiff's deposition no later than Tuesday, March 26, 2019, by 5:00 p.m. Pacific Time.

Based upon the stipulation of the parties, the Court so orders.

Exhibit 1:
Request for Informal Discovery Conference

                                                                                                           2  :  01
                                                                                **Initials of Preparer**    cw