1   **BRUNO TARABICHI**, CA Bar No. 215129
    bruno@tmwlawfirm.com
2   **TMW LAW**
    4750 Almaden Expy 124-359
3   San Jose, California 95118
    Telephone:408.298.8204
4   Facsimile: 408.715.6707
    Attorneys for Plaintiff
5   Mike Sarieddine

6

7

8

9

10                  **UNITED STATES DISTRICT COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12

13
    MIKE SARIEDDINE, an individual,          Case No. 2:18-cv-3658-PA-MAA
14                                            Hon. Percy Anderson
              Plaintiff,
15                                            **JOINT STIPULATION AS TO THE**
         v.                                   **ISSUE OF LIKELIHOOD OF**
16                                            **CONFUSION AND NO**
    ALIEN VISIONS E-JUICE, INC., a            **REMAINING ISSUES FOR TRIAL**
17  California corporation; and DOES 1
    through 10, inclusive,
18
              Defendants.
19                                            Trial Date:     June 18, 2018
20                                            Courtroom:      9A

21  AND RELATED COUNTERCLAIMS               Complaint Filed:   May 1, 2018

22

23

24

25

26

27

28

────────────────────────────────────────────────
         **JOINT STIPULATION AS TO THE ISSUE OF LIKELIHOOD OF CONFUSION**

1    Defendant Alien Visions E-Juice, Inc. ("Alien Visions") and Plaintiff Mike

2    Sarieddine ("Sarieddine") submit the instant Joint Stipulation as to the Issue of

3    Likelihood of Confusion.

4        On April 12, 2019, this Court granted Alien Visions' motion for summary

5    judgment (Docket No. 58) as to all counts in Sarieddine's complaint. (Docket No.

6    99 at 12). The Court also denied Sarieddine's Motion for Summary Judgment on His

7    Claim for Trademark Infringement and Alien Visions E-Juice, Inc.'s Counterclaim

8    for Cancellation and, in the Alternative, Motion for Judgment on the Pleadings on

9    Alien Visions E-Juice, Inc.'s Counterclaim for Cancellation (Docket No. 62).

10   (Docket No. 99 at 12).

11       The Court concluded that neither party was entitled to summary judgment

12   with respect to Alien Visions' counterclaim for cancellation. (Docket No. 99 at 12).

13   As to the counterclaim for cancellation based on priority, the Court concluded that

14   Alien Visions has priority but that "the Court has not had occasion to consider

15   whether there is a likelihood of confusion between the parties' marks." (Docket No.

16   99 at 7, 9, 11).

17       Sarieddine and Alien Visions hereby stipulate to the existence of a likelihood

18   of confusion between the parties' marks in this case.[1] Sarieddine and Alien Visions

19   respectfully submit that there are no issues remaining for trial.  In this regard, Alien

20   Visions' alternative grounds for cancellation (Docket No. 99 at 11) are now moot.

21

22

23

24   //

25   //

26

27   [1] This stipulation as to likelihood of confusion is without prejudice to, and preserves, Sarieddine's right to appeal as to issues other than likelihood of confusion in the case. *See, e.g., United States v. Safeco Ins. Co. of Am.*, 65 F. App'x 637, 638 (9th Cir. 2003)

28   (unpublished).

1

**JOINT STIPULATION AS TO THE ISSUE OF LIKELIHOOD OF CONFUSION**

Dated: April 19, 2019

**TMW LAW**

By: /s/ Bruno Tarabichi
     Bruno Tarabichi

     *Attorney for Plaintiff*
     *Mike Sarieddine*

**ONE LLP**

By: /s/ John E. Lord
     John E. Lord

**TAYLOR ENGLISH DUMA LLP**

By: /s/ Amanda G. Hyland
     Amanda G. Hyland (*pro hac vice*)
     Seth K. Trimble (*pro hac vice*)

     *Attorneys for Defendant*
     *Alien Visions E-Juice, Inc.*

2

**JOINT STIPULATION AS TO THE ISSUE OF LIKELIHOOD OF CONFUSION**