UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-3658 PA (MAAx) | Date | April 22, 2019 |
|---|---|---|---|
| Title | Mike Sarieddine v. Alien Visions E-Juice, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS — COURT ORDER

Before the Court is a Joint Stipulation as to the Issue of Likelihood of Confusion and No Remaining Issues for Trial. (Docket No. 103.) In its April 12, 2019 Order, the Court granted summary judgment to Defendant on all of Plaintiff's causes of action but denied summary judgment to Defendant on its counterclaim for cancellation of Plaintiff's registered trademarks. (Docket No. 99.) Although the Court determined that Defendant had priority of use, the Court was unable to grant summary judgment to Defendant on this ground for cancellation because Defendant had not shown that there was a likelihood of confusion between the parties' marks. (See id. at 11.) The parties have now "stipulate[d] to the existence of a likelihood of confusion," which they state renders Defendant's alternate grounds for cancellation moot and leaves "no issues remaining for trial." (Docket No. 103 at 2.)

The Court agrees that with the parties' stipulation, Defendant is entitled to judgment in its favor on its counterclaim. Plaintiff's federal trademark registrations, nos. 4,517,249 and 4,997,336, are hereby ordered cancelled.

In light of the Court's April 12, 2019 Order and the parties' Joint Stipulation, no issues remain for resolution. Accordingly, all outstanding dates in this action are hereby vacated. The Court will enter a Judgment consistent with its April 12, 2019 Order, the parties' Joint Stipulation, and this Order.

IT IS SO ORDERED.