UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE,<br><br>             Plaintiff,<br><br>       v.<br><br>ALIEN VISIONS E-JUICE, INC., et al.<br><br>             Defendants. | Case No. CV 18-3658 PA (MAAx)<br><br>JUDGMENT |

Pursuant to this Court's April 12, 2019 Minute Order granting in part the Motion for Summary Judgment filed by defendant Alien Visions E-Juice ("Defendant"); the April 19, 2019 Joint Stipulation as to the Issue of Likelihood of Confusion and No Remaining Issues for Trial filed by Defendant and plaintiff Mike Sarieddine ("Plaintiff"); and the Court's April 22, 2019 Order concerning the Joint Stipulation, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Defendant shall have judgment in its favor against Plaintiff on all of Plaintiff's causes of action as well as Defendant's counterclaim;

2. Plaintiff shall recover nothing from Defendant;

3. Federal Trademark Registration nos. 4,517,249 and 4,997,336 are cancelled; and

. . .

4. Defendant shall have its costs of suit.

DATED: April 22, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE