UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIKE SARIEDDINE, an individual, | No. 19-55478 |
| Plaintiff-Appellant, | D.C. No. 2:18-cv-03658-PA-MAA |
| v. | Central District of California, Los Angeles |
| ALIEN VISIONS E-JUICE, INC., a California corporation, | ORDER |
| Defendant-Appellee. | |

| | |
|---|---|
| MIKE SARIEDDINE, an individual, | No. 19-55808 |
| Plaintiff-Appellee, | D.C. No. 2:18-cv-03658-PA-MAA |
| v. | |
| ALIEN VISIONS E-JUICE, INC., a California corporation, | |
| Defendant-Appellee. | |

Before: OWENS and BENNETT, Circuit Judges.

Appellant Mike Sarieddine's motion (Docket Entry No. 34 in 19-55478) to stay the district court's April 22, 2019 order pending appeal is denied. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Cross-appellant Alien Visions E-Juice, Inc.'s motion (Docket Entry No. 32 in 19-55478) to extend the time to file the second brief on cross-appeal is granted.

LW/MOATT

2

The second brief on cross-appeal is now due May 4, 2020. The third brief on cross-appeal is due June 3, 2020. The optional cross-appeal reply brief is due within 21 days after service of the third brief on cross-appeal.