| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | JUL 22 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MIKE SARIEDDINE, an individual, | No. 19-55478 |
| Plaintiff-Appellant, | D.C. No.<br>2:18-cv-03658-PA-MAA<br>Central District of California,<br>Los Angeles |
| v. | |
| ALIEN VISIONS E-JUICE, INC., a California corporation, | ORDER |
| Defendant-Appellee. | |

| | |
|---|---|
| MIKE SARIEDDINE, an individual, | No. 19-55808 |
| Plaintiff-Appellee, | D.C. No.<br>2:18-cv-03658-PA-MAA |
| v. | |
| ALIEN VISIONS E-JUICE, INC., a California corporation, | |
| Defendant-Appellant. | |

Before: THOMAS, Chief Judge, SCHROEDER and CALLAHAN, Circuit Judges.

The joint motion filed on July 14, 2020 (Docket Entry No. 41 in 19-55478) is granted in part. The request to vacate a portion of the district court's April 22, 2019 order pursuant to a settlement agreement is denied without prejudice to renewal after presenting it to the district court in the first instance. The alternate request for a limited remand is granted in part.

AC/MOATT

These cross-appeals are remanded to the district court for the limited purpose of enabling the district court to consider a request to vacate a portion of the April 22, 2019 order.

Within 60 days after the date of this order or within 7 days after the district court's ruling on any such request, whichever occurs first, the parties shall file a report on the status of district court proceedings and/or motion(s) for appropriate relief. The failure to file a report and/or motion(s) for appropriate relief will terminate the limited remand.